## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER GADRINAB SUMAJIT, MELTHIE CONDE SUMAJIT, NIJAH CONDE SUMAJIT and JESAH CONDE SUMAJIT**<br><br>**Plaintiffs**<br><br>-against-<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** A government agency.<br><br>**Defendant** | **Civil Action No. 1:19-cv-02842-KBJ**<br><br>**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION PREVIOUSLY FILED HEREIN** |

WALTER GADRINAB SUMAJIT, MELTHIE CONDE SUMAJIT, NIJAH CONDE SUMAJIT and JESAH CONDE SUMAJIT, the "Sumajits", now file the following exhibits in support of their Application for Preliminary Injunction previous filed herein:

1. The USCIS's decision denying WALTER GADRINAB SUMAJIT's Application for Adjustment of Status (Exhibit A);

2. The USCIS's decision denying MELTHIE CONDE SUMAJIT's Application for Adjustment of Status (Exhibit B);

3. The USCIS's decision denying NIJAH CONDE SUMAJIT's Application for Adjustment of Status (Exhibit C);

4. The USCIS's decision denying JESAH CONDE SUMAJIT's Application for Adjustment of Status (Exhibit D);

5. A copy of WALTER GADRINAB SUMAJIT's Application for Adjustment of Status with all supporting documents (Exhibit E);

6. A copy of MELTHIE CONDE SUMAJIT's Application for Adjustment of Status with all supporting documents (Exhibit F);

7. A copy of NIJAH CONDE SUMAJIT's Application for Adjustment of Status with all supporting documents (Exhibit G);

8. A copy of JESAH CONDE SUMAJIT's Application for Adjustment of Status with all supporting documents (Exhibit H).

Respectfully Submitted this 3rd day of October, 2019

    /s/ *Michael E. Piston*
Michael E. Piston
Attorney for the
Plaintiffs
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

## CERTIFICATE OF SERVICE

I certify that the foregoing and all supporting documents was given to a commercial carrier for overnight delivery to the following addresses:

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Respectfully Submitted this 3rd  day of October, 2019

 /s/ Michael E. Piston
Michael E. Piston  Attorney for the Plaintiffs
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com