FILE COPY

# Principal Applicant

# SUMAJIT, Walter Gadrinab

# DOB: 08/23/1971



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [                    ]

### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name) **KAYE**

2.b. Given Name (First Name) **Allen**

2.c. Middle Name **E**

### Address of Attorney or Accredited Representative

3.a. Street Number and Name **225 Broadway**

3.b. ☐ Apt. ☐ Ste. ☒ Flr. **3**

3.c. City or Town **New York**

3.d. State **NY**   3.e. ZIP Code **10007**

3.f. Province [               ]

3.g. Postal Code [               ]

3.h. Country **USA**

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number **2122338100**

5. Mobile Telephone Number (if any) [               ]

6. Email Address (if any) **aek@ppid.com**

7. Fax Number (if any) **2122339238**

---

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
**1307222**

1.b. Bar Number (if applicable)
**New York Supreme Court**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
**Pollack Pollack Isaac and DeCicco LLP**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization
[               ]

2.c. Date of Accreditation (mm/dd/yyyy)
[               ]

3. ☐ I am associated with
[               ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate
[               ]

---

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-485 / Immigration Matters

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   **SUMAJIT**

**6.b.** Given Name (First Name)   **Walter**

**6.c.** Middle Name   **Gadrinab**

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

> **(917) 794-8963**

**12.** Email Address (if any)

> **wgsumajit@gmail.com**

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   **10 Winding Lane**

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   **Greenwhich**

**13.d.** State   **CT**   **13.e.** ZIP Code   **06831**

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> **USA**

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy)   11/9/18

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy)   11/13/2018

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b** Given Name (First Name)

**1.c** Middle Name

**2.a** Page Number   **2.b** Part Number   **2.c** Item Number

**2.d**

**3.a** Page Number   **3.b** Part Number   **3.c** Item Number

**3.d**

**4.a** Page Number   **4.b** Part Number   **4.c** Item Number

**4.d**

**5.a** Page Number   **5.b** Part Number   **5.c** Item Number

**5.d**

**6.a** Page Number   **6.b** Part Number   **6.c** Item Number

**6.d**



# Application to Register Permanent Residence
## or Adjust Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

| For USCIS Use Only | | |
|---|---|---|
| **Preference Category:** | **Receipt** | **Action Block** |
| **Country Chargeable:** | | |
| **Priority Date:** | | |
| **Date Form I-693 Received:** | | |
| ☐ Applicant   ☐ Interview<br>   Interviewed   Waived<br>Date of<br>Initial Interview: _____<br>Lawful Permanent<br>Resident as of: _____ | **Section of Law**<br>☐ INA 209(a)  ☐ INA 249<br>☐ INA 209(b)  ☐ Sec. 13, Act of 9/11/57<br>☐ INA 245(a)  ☐ Cuban Adjustment Act<br>☐ INA 245(i)  ☐ Other _____<br>☐ INA 245(m) | |

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| ☒ **Select this box if Form G-28 is attached.** | **Volag Number**<br>(if any) | **Attorney State Bar Number**<br>(if applicable)<br><br>1307222 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |

► **START HERE - Type or print in black ink.**

A-Number ► A- [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

### Part 1. Information About You (Person applying for lawful permanent residence)

#### Your Current Legal Name (do not provide a nickname)

**1.a.** Family Name (Last Name)  **SUMAJIT**

**1.b.** Given Name (First Name)  **Walter**

**1.c.** Middle Name  **Gadrinab**

#### Other Names You Have Used Since Birth (if applicable)

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

**2.a.** Family Name (Last Name)  **NONE**

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

#### Other Information About You

**5.** Date of Birth (mm/dd/yyyy)  **08/23/1971**

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

**6.** Sex  ☒ Male  ☐ Female

**7.** City or Town of Birth  **Cagayan de Oro**

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**8.** Country of Birth

PHILIPPINES

**9.** Country of Citizenship or Nationality

PHILIPPINES

**10.** Alien Registration Number (A-Number) (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information.**

**11.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**12.** U.S. Social Security Number (if any)

▶ 5 4 0 8 5 2 9 7 6

### U.S. Mailing Address

**13.a.** In Care Of Name (if any)

**13.b.** Street Number and Name

10 Winding Lane

**13.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**13.d.** City or Town

Greenwich

**13.e.** State CT   **13.f.** ZIP Code 06831

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

**14.a.** In Care Of Name (if any)

**14.b.** Street Number and Name

**14.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**14.d.** City or Town

**14.e.** State [ ]   **14.f.** ZIP Code

### Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

**15.** Passport Number Used at Last Arrival

XX5524349

**16.** Travel Document Number Used at Last Arrival

**17.** Expiration Date of this Passport or Travel Document (mm/dd/yyyy) 02/14/2015

**18.** Country that Issued this Passport or Travel Document

PHILIPPINES

**19.** Nonimmigrant Visa Number from this Passport (if any)

51925789

Place of Last Arrival into the United States

**20.a.** City or Town

New York

**20.b.** State NY

**21.** Date of Last Arrival (mm/dd/yyyy) 04/12/2011

When I last arrived in the United States, I:

**22.a.** ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

B1

**22.b.** ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

**22.c.** ☐ Came into the United States without admission or parole.

**22.d.** ☐ Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

**23.a.** Form I-94 Arrival-Departure Record Number

▶ 2 3 2 2 7 4 5 6 1 2 4

**23.b.** Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy) 01/19/2018

**23.c.** Status on Form I-94 (for example, class of admission, or paroled, if paroled)

H1B

A-Number ▶ A- | | | | | | | | |

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

24. What is your current immigration status (if it has changed since your arrival)?

I-485 Pending

Provide your name exactly as it appears on your Form I-94 (if any)

25.a. Family Name (Last Name)    SUMAJIT

25.b. Given Name (First Name)    WALTER

25.c. Middle Name    GADRINAB

## Part 2. Application Type or Filing Category

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** box). (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

**1.a.   Family-based**

☐ Immediate relative of a U.S. citizen, Form I-130

☐ Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130

☐ Person admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)

☐ Widow or widower of a U.S. citizen, Form I-360

☐ VAWA self-petitioner, Form I-360

**1.b.   Employment-based**

☒ Alien worker, Form I-140

☐ Alien entrepreneur, Form I-526

**1.c.   Special Immigrant**

☐ Religious worker, Form I-360

☐ Special immigrant juvenile, Form I-360

☐ Certain Afghan or Iraqi national, Form I-360

☐ Certain international broadcaster, Form I-360

☐ Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

**1.d.   Asylee or Refugee**

☐ Asylum status (INA section 208), Form I-589 or Form I-730

☐ Refugee status (INA section 207), Form I-590 or Form I-730

**1.e.   Human Trafficking Victim or Crime Victim**

☐ Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A

☐ Crime victim (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

**1.f.   Special Programs Based on Certain Public Laws**

☐ The Cuban Adjustment Act

☐ The Cuban Adjustment Act for battered spouses and children

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children

☐ Lautenberg Parolees

☐ Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)

☐ Indochinese Parole Adjustment Act of 2000

**1.g.   Additional Options**

☐ Diversity Visa program

☐ Continuous residence in the United States since before January 1, 1972 ("Registry")

☐ Individual born in the United States under diplomatic status

☐ Other eligibility

2. Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)?

☐ Yes   ☒ No

**NOTE:** If you answered "Yes" to **Item Number 2.**, you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status. Fill out the rest of this application **and** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A). For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 1.a. - 1.g.**) and Supplement A Instructions.

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 2. Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**3.** Receipt Number of Underlying Petition (if any)

**4.** Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

**5.a.** Family Name (Last Name)

**5.b.** Given Name (First Name)

**5.c.** Middle Name

**6.** Principal Applicant's A-Number (if any)
▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**7.** Principal Applicant's Date of Birth (mm/dd/yyyy)

**8.** Receipt Number of Principal's Underlying Petition (if any)
▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**9.** Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

## Part 3. Additional Information About You

**1.** Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

**2.a.** City

**2.b.** Country

**3.** Decision (for example, approved, refused, denied, withdrawn)

**4.** Date of Decision (mm/dd/yyyy)

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

**5.a.** Street Number and Name   **10 Winding Lane**

**5.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**5.c.** City or Town   **Greenwich**

**5.d.** State  **CT**   **5.e.** ZIP Code  **06831**

**5.f.** Province

**5.g.** Postal Code

**5.h.** Country   **USA**

Dates of Residence

**6.a.** From (mm/dd/yyyy)   **08/30/2014**

**6.b.** To (mm/dd/yyyy)   **Present**

Physical Address 2

**7.a.** Street Number and Name   **90-50 52nd Avenue**

**7.b.** ☒ Apt.  ☐ Ste.  ☐ Flr.  **1**

**7.c.** City or Town   **Elmhurst**

**7.d.** State  **NY**   **7.e.** ZIP Code  **11373**

**7.f.** Province

**7.g.** Postal Code

**7.h.** Country   **USA**

A-Number ▶ A-

## Part 3. Additional Information About You (continued)

Dates of Residence

**8.a.** From (mm/dd/yyyy) | 01/06/2014

**8.b.** To (mm/dd/yyyy) | 08/29/2014

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.** Street Number and Name | Totesora Compound, Jupiter Street

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr. | Pacheco Subd., City Heights

**9.c.** City or Town | General Santos City

**9.d.** State |        **9.e.** ZIP Code |

**9.f.** Province | South Cotabato

**9.g.** Postal Code | 9500

**9.h.** Country | PHILIPPINES

Dates of Residence

**10.a.** From (mm/dd/yyyy) | 04/01/2009

**10.b.** To (mm/dd/yyyy) | 04/11/2011

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Employer 1 (current or most recent)

**11.** Name of Employer or Company | P3 International Corporation

Address of Employer or Company

**12.a.** Street Number and Name | 132 Nassau Street

**12.b.** ☐ Apt. ☒ Ste. ☐ Flr. | 1103

**12.c.** City or Town | New York

**12.d.** State | NY   **12.e.** ZIP Code | 10038

**12.f.** Province |

**12.g.** Postal Code |

**12.h.** Country | USA

**13.** Your Occupation | Computer System Analyst

Dates of Employment

**14.a.** From (mm/dd/yyyy) | 01/09/2012

**14.b.** To (mm/dd/yyyy) | 01/09/2018

Employer 2

**15.** Name of Employer or Company |

Address of Employer or Company

**16.a.** Street Number and Name |

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr. |

**16.c.** City or Town |

**16.d.** State |    **16.e.** ZIP Code |

**16.f.** Province |

**16.g.** Postal Code |

**16.h.** Country |

**17.** Your Occupation |

Dates of Employment

**18.a.** From (mm/dd/yyyy) |

**18.b.** To (mm/dd/yyyy) |

A-Number ▶ A-

## Part 3. Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

Bravo 8 Technologies

Address of Employer or Company

**20.a.** Street Number and Name

J12, JMP Bldg.II, Aparente St., City Heights

**20.b.** ☐ Apt. ☐ Ste. ☒ Flr. 2nd

**20.c.** City or Town  General Santos City

**20.d.** State

**20.e.** ZIP Code

**20.f.** Province  South Cotabato

**20.g.** Postal Code  9500

**20.h.** Country

PHILIPPINES

**21.** Your Occupation

IT Project Manager/Business Process Analyst

Dates of Employment

**22.a.** From (mm/dd/yyyy)  05/20/2006

**22.b.** To (mm/dd/yyyy)  03/31/2011

## Part 4. Information About Your Parents

### Information About Your Parent 1

Parent 1's Legal Name

**1.a.** Family Name (Last Name)  SUMAJIT

**1.b.** Given Name (First Name)  Bonifacio

**1.c.** Middle Name  Sabornido

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** Date of Birth (mm/dd/yyyy)  12/29/1941

**4.** Sex  ☒ Male  ☐ Female

**5.** City or Town of Birth

Tapel-Gonzaga

**6.** Country of Birth

PHILIPPINES

**7.** Current City or Town of Residence (if living)

DECEASED

**8.** Current Country of Residence (if living)

### Information About Your Parent 2

Parent 2's Legal Name

**9.a.** Family Name (Last Name)  SUMAJIT

**9.b.** Given Name (First Name)  Esther

**9.c.** Middle Name  Gadrinab

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)  GADRINAB

**10.b.** Given Name (First Name)  Esther

**10.c.** Middle Name  Floreto

**11.** Date of Birth (mm/dd/yyyy)  11/19/1941

**12.** Sex  ☐ Male  ☒ Female

**13.** City or Town of Birth

Lanise-Claveria

**14.** Country of Birth

PHILIPPINES

**15.** Current City or Town of Residence (if living)

DECEASED

**16.** Current Country of Residence (if living)

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 5.  Information About Your Marital History

1. What is your current marital status?

   ☐ Single, Never Married  ☒ Married  ☐ Divorced

   ☐ Widowed  ☐ Marriage Annulled

   ☐ Legally Separated

2. If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

   ☐ N/A  ☐ Yes  ☒ No

3. How many times have you been married (including annulled marriages and marriages to the same person)?

   [ 1 ]

### *Information About Your Current Marriage*
### *(including if you are legally separated)*

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

| | | |
|---|---|---|
| 4.a. | Family Name (Last Name) | **SUMAJIT** |
| 4.b. | Given Name (First Name) | **Melthie** |
| 4.c. | Middle Name | **Conde** |

5. A-Number (if any)

   ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

6. Current Spouse's Date of Birth (mm/dd/yyyy)

   **05/24/1971**

7. Date of Marriage to Current Spouse (mm/dd/yyyy)

   **05/20/1994**

Current Spouse's Place of Birth

| | | |
|---|---|---|
| 8.a. | City or Town | **Jabonga** |
| 8.b. | State or Province | **Agusan del Norte** |
| 8.c. | Country | **PHILIPPINES** |

Place of Marriage to Current Spouse

| | | |
|---|---|---|
| 9.a. | City or Town | **Cagayan de Oro** |
| 9.b. | State or Province | **Misamis Oriental** |
| 9.c. | Country | **PHILIPPINES** |

10. Is your current spouse applying with you?

    ☒ Yes  ☐ No

### *Information About Prior Marriages (if any)*

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse.  If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

| | | |
|---|---|---|
| 11.a. | Family Name (Last Name) | |
| 11.b. | Given Name (First Name) | |
| 11.c. | Middle Name | |

12. Prior Spouse's Date of Birth (mm/dd/yyyy)

13. Date of Marriage to Prior Spouse (mm/dd/yyyy)

Place of Marriage to Prior Spouse

| | | |
|---|---|---|
| 14.a. | City or Town | |
| 14.b. | State or Province | |
| 14.c. | Country | |

15. Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy)

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 5.  Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

**16.b.** State or Province

**16.c.** Country

## Part 6.  Information About Your Children

**1.** Indicate the total number of ALL living children (including adult sons and daughters) that you have.

**NOTE:** The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage. **4**

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information.**

Child 1

Current Legal Name

**2.a.** Family Name (Last Name)  **SUMAJIT**

**2.b.** Given Name (First Name)  **Jyroh**

**2.c.** Middle Name  **Conde**

**3.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**4.** Date of Birth (mm/dd/yyyy)  **09/09/1995**

**5.** Country of Birth

**PHILIPPINES**

**6.** Is this child applying with you?  ☐ Yes  ☒ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name)  **SUMAJIT**

**7.b.** Given Name (First Name)  **Hyeje**

**7.c.** Middle Name  **Conde**

**8.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**9.** Date of Birth (mm/dd/yyyy)  **01/05/1997**

**10.** Country of Birth

**PHILIPPINES**

**11.** Is this child applying with you?  ☐ Yes  ☒ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name)  **SUMAJIT**

**12.b.** Given Name (First Name)  **Nijah**

**12.c.** Middle Name  **Conde**

**13.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**14.** Date of Birth (mm/dd/yyyy)  **06/02/1998**

**15.** Country of Birth

**PHILIPPINES**

**16.** Is this child applying with you?  ☒ Yes  ☐ No

## Part 7.  Biographic Information

**1.** Ethnicity (Select **only one** box)

☐ Hispanic or Latino

☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)

☐ White

☒ Asian

☐ Black or African American

☐ American Indian or Alaska Native

☐ Native Hawaiian or Other Pacific Islander

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 7.  Biographic Information  (continued)

**3.** Height                Feet **5**   Inches **5**

**4.** Weight                Pounds **1** **5** **7**

**5.** Eye Color (Select **only one** box)

☒ Black        ☐ Blue         ☐ Brown

☐ Gray         ☐ Green        ☐ Hazel

☐ Maroon       ☐ Pink         ☐ Unknown/Other

**6.** Hair Color (Select **only one** box)

☐ Bald (No hair)   ☒ Black    ☐ Blond

☐ Brown            ☐ Gray     ☐ Red

☐ Sandy            ☐ White    ☐ Unknown/Other

## Part 8.  General Eligibility and Inadmissibility Grounds

**1.** Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?          ☒ Yes  ☐ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below.  If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**  If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

Organization 1

**2.** Name of Organization

**Philippine Society Industrial Security**

**3.a.** City or Town

**General Santos City**

**3.b.** State or Province

**South Cotabato**

**3.c.** Country

**PHILIPPINES**

**4.** Nature of Group

**Enhancing Skills on Information Security**

Dates of Membership or Dates of Involvement

**5.a.** From (mm/dd/yyyy)           **07/17/2010**

**5.b.** To (mm/dd/yyyy)             **06/13/2016**

Organization 2

**6.** Name of Organization

**7.a.** City or Town

**7.b.** State or Province

**7.c.** Country

**8.** Nature of Group

Dates of Membership or Dates of Involvement

**9.a.** From (mm/dd/yyyy)

**9.b.** To (mm/dd/yyyy)

Organization 3

**10.** Name of Organization

**11.a.** City or Town

**11.b.** State or Province

**11.c.** Country

**12.** Nature of Group

Dates of Membership or Dates of Involvement

**13.a.** From (mm/dd/yyyy)

**13.b.** To (mm/dd/yyyy)

A-Number ▶ A- [ | | | | | | | | ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.**  Choose the answer that you think is correct.  If you answer "Yes" to any questions **(or if you answer "No," but are unsure of your answer)**, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

14.  Have you **EVER** been denied admission to the United States?  ☐ Yes ☒ No

15.  Have you **EVER** been denied a visa to the United States?  ☐ Yes ☒ No

16.  Have you **EVER** worked in the United States without authorization?  ☐ Yes ☒ No

17.  Have you **EVER** violated the terms or conditions of your nonimmigrant status?  ☐ Yes ☒ No

18.  Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings?  ☐ Yes ☒ No

19.  Have you **EVER** been issued a final order of exclusion, deportation, or removal?  ☐ Yes ☒ No

20.  Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated?  ☐ Yes ☒ No

21.  Have you **EVER** held lawful permanent resident status which was later rescinded?  ☐ Yes ☒ No

22.  Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time?  ☐ Yes ☒ No

23.  Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation?  ☐ Yes ☒ No

24.a.  Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement?  ☐ Yes ☒ No

If you answered "Yes" to **Item Number 24.a.**, complete **Item Numbers 24.b. - 24.c.**  If you answered "No" to **Item Number 24.a.**, skip to **Item Number 25.**

24.b.  Have you complied with the foreign residence requirement?  ☐ Yes ☐ No

24.c.  Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you?  ☐ Yes ☐ No

## Criminal Acts and Violations

For **Item Numbers 25. - 45.**, you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.  You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world.  If you answer "Yes" to **Item Numbers 25. - 45.**, use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25.  Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)?  ☐ Yes ☒ No

26.  Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)?  ☐ Yes ☒ No

27.  Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)?  ☐ Yes ☒ No

**NOTE:**  If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28.  Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)?  ☐ Yes ☒ No

29.  Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)?  ☐ Yes ☒ No

30.  Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country?  ☐ Yes ☒ No

A-Number ▶ A-

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

**31.** Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more? ☐ Yes ☒ No

**32.** Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics? ☐ Yes ☒ No

**33.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances? ☐ Yes ☒ No

**34.** Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**35.** Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution? ☐ Yes ☒ No

**36.** Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

**37.** Have you **EVER** received any proceeds or money from prostitution? ☐ Yes ☒ No

**38.** Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States? ☐ Yes ☒ No

**39.** Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States? ☐ Yes ☒ No

**40.** Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms? ☐ Yes ☒ No

**41.** Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts? ☐ Yes ☒ No

**42.** Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery? Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion. ☐ Yes ☒ No

**43.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery? ☐ Yes ☒ No

**44.** Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**45.** Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity? ☐ Yes ☒ No

### *Security and Related*

Do you intend to:

**46.a.** Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States? ☐ Yes ☒ No

**46.b.** Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

**46.c.** Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States? ☐ Yes ☒ No

**46.d.** Engage in any activity that could endanger the welfare, safety, or security of the United States? ☐ Yes ☒ No

**46.e.** Engage in any other unlawful activity? ☐ Yes ☒ No

**47.** Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

A-Number ▶ A-

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Have you EVER:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following:  hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.?**  ☐ Yes ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.?**  ☐ Yes ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.?**  ☐ Yes ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.?**  ☐ Yes ☒ No

**49.** Have you EVER received any type of military, paramilitary, or weapons training?  ☐ Yes ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.?**  ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 46.a. - 50.,** explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information.**

Are you the spouse or child of an individual who EVER:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following:  hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes ☒ No

**51.b.** Participated in, or been a member or a representative of a group or organization that did any of the activities described in **Item Number 51.a.?**  ☐ Yes ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.?**  ☐ Yes ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.?**  ☐ Yes ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.?**  ☐ Yes ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.?**  ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Number 51.,** explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

**52.** Have you EVER assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person?  ☐ Yes ☒ No

**53.** Have you EVER worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?  ☐ Yes ☒ No

**54.** Have you EVER been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?  ☐ Yes ☒ No

**55.** Have you EVER served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group?  ☐ Yes ☒ No

**56.** Have you EVER been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)?  ☐ Yes ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany?  ☐ Yes ☒ No

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide?  ☐ Yes ☒ No

**58.b.** Killing any person?  ☐ Yes ☒ No

**58.c.** Intentionally and severely injuring any person?  ☐ Yes ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened?  ☐ Yes ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what happened, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Assistance

**61.** Have you received public assistance in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes ☒ No

**62.** Are you likely to receive public assistance in the future in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes ☒ No

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997?  ☐ Yes ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause?  ☐ Yes ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States?  ☐ Yes ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit?  ☐ Yes ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)?  ☐ Yes ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States?  ☐ Yes ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)?  ☐ Yes ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents?  ☐ Yes ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States?  ☐ Yes ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled?  ☐ Yes ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States?  ☐ Yes ☒ No

**72.b.** For one year or more and then departed the United States?  ☐ Yes ☒ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate?  ☐ Yes ☒ No

**73.b.** Having been deported, excluded, or removed from the United States?  ☐ Yes ☒ No

### Miscellaneous Conduct

**74.** Do you plan to practice polygamy in the United States?  ☐ Yes ☒ No

**75.** Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)?  ☐ Yes ☒ No

**76.** Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child?  ☐ Yes ☒ No

**77.** Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States?  ☐ Yes ☒ No

**78.** Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States?  ☐ Yes ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national?  ☐ Yes ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national?  ☐ Yes ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces?  ☐ Yes ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency?  ☐ Yes ☒ No

**80.b.** If your answer to **Item Number 80.a.** is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

[                                                        ]

## Part 9.  Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments?  ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation.  (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

_____

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

_____

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

_____

A-Number ▶ A- | | | | | | | | |

## Part 10. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part. You must file Form I-485 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

_____,

a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 12.**,

Allen E Kaye ,

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

_____

**4.** Applicant's Mobile Telephone Number (if any)

(917) 794-8963

**5.** Applicant's Email Address (if any)

wgsumajit@gmail.com

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.a.** Applicant's Signature (sign in ink)

➡ _____

**6.b.** Date of Signature (mm/dd/yyyy)   11/9/18

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

A-Number ► A-

## Part 11. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State

**3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ , which is the same language specified in **Part 10., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 12. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

KAYE

**1.b.** Preparer's Given Name (First Name)

Allen

**2.** Preparer's Business or Organization Name (if any)

Pollack Pollack Isaac and DeCicco LLP

### Preparer's Mailing Address

**3.a.** Street Number and Name

225 Broadway

**3.b.** ☐ Apt. ☐ Ste. ☒ Flr. 3

**3.c.** City or Town

New York

**3.d.** State NY   **3.e.** ZIP Code 10007

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(212) 233-8100

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

aek@ppid.com

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature (sign in ink)

_cell ℰ/ς_

8.b. Date of Signature (mm/dd/yyyy)  [ 11 | 13 | 2018 ]

---

**NOTE:  Do not complete Part 13. until the USCIS Officer instructs you to do so at the interview.**

## Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application, **numbered** [        ]

**through** [        ] , are complete, true, and correct.  All additional pages submitted by me with this Form I-485, **on numbered pages** [        ] **through** [        ] are complete, true, and correct.  All documents submitted at this interview were provided by me and are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

[                                                        ]

Date of Signature (mm/dd/yyyy) [                    ]

Applicant's Signature (sign in ink)

[                                                        ]

USCIS Officer's Signature (sign in ink)

[                                                        ]

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 14.  Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)   SUMAJIT

**1.b.** Given Name (First Name)   Walter

**1.c.** Middle Name   Gadrinab

**2.** A-Number (if any) ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**3.a.** Page Number   4

**3.b.** Part Number   3

**3.c.** Item Number   5.a

**3.d.**

**Physical Address 3:**

**31-08 28th Avenue, 1st Floor**
**Astoria, NY 11102**

**From: 05/28/2012**

**To: 01/06/2014**

**4.a.** Page Number   8

**4.b.** Part Number   6

**4.c.** Item Number   2.a

**4.d.**

**Child 4:**

**Family Name: SUMAJIT**

**Given Name: Jesah**

**Middle Name: Conde**

**Date of Birth: 03/14/2000**

**Country of Birth: PHILIPPINES**

**Is this child applying with you? YES**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

**Part 1.  Information About Attorney or Accredited Representative**

1. USCIS Online Account Number (if any)
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name)   **KAYE**

2.b. Given Name (First Name)   **Allen**

2.c. Middle Name   **E**

*Address of Attorney or Accredited Representative*

3.a. Street Number and Name   **225 Broadway**

3.b. ☐ Apt.  ☐ Ste.  ☒ Flr.  **3**

3.c. City or Town   **New York**

3.d. State  **NY**   3.e. ZIP Code  **10007**

3.f. Province   [ ]

3.g. Postal Code   [ ]

3.h. Country   **USA**

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number   **2122338100**

5. Mobile Telephone Number (if any)   [ ]

6. Email Address (if any)   **aek@ppid.com**

7. Fax Number (if any)   **2122339238**

---

**Part 2.  Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
**1307222**

1.b. Bar Number (if applicable)
**New York Supreme Court**

1.c. I (select **only one** box) ☒ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law.  If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
**Pollack Pollack Isaac and DeCicco LLP**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization
[ ]

2.c. Date of Accreditation (mm/dd/yyyy)
[ ]

3. ☐ I am associated with
[ ] ,
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate
[ ]

---

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-765

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ [ | | | | | | | | | | | | ]

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   SUMAJIT

**6.b.** Given Name (First Name)   Walter

**6.c.** Middle Name   Gadrinab

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ [ | | | | | | | | | | | ]

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- [ | | | | | | | | ]

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

(917) 794-8963

**12.** Email Address (if any)

wgsumajit@gmail.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   10 Winding Lane

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   Greenwhich

**13.d.** State   CT      **13.e.** ZIP Code   06831

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country   USA

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X] I request that USCIS send original notices on an application or petition to the U.S. business address of my attorney or accredited representative as listed in this form.

**1.b.** [ ] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [ ] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity
➡️ 

**2.b.** Date of Signature (mm/dd/yyyy) | 11 9 18 |

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy) | 11 13 2018 |

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-765**

OMB No. 1615-0040
Expires 05/31/2020

| For USCIS Use Only | ☐ Authorization/Extension Valid From | Fee Stamp | Action Block |
|---|---|---|---|
| | ☐ Authorization/Extension Valid Through | | |
| | Alien Registration Number  A- | | |
| | Remarks | | |

| To be completed by an attorney or Board of Immigration Appeals (BIA)- accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

**I am applying for** (select **only one** box):

**1.a.** ☒ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

**1.a.** Family Name (Last Name)  **SUMAJIT**

**1.b.** Given Name (First Name)  **Walter**

**1.c.** Middle Name  **Gadrinab**

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nickname. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**2.a.** Family Name (Last Name)  **NONE**

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

## Part 2. Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name **10 Winding Lane**

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town **Greenwich**

**5.e.** State **CT**   **5.f.** ZIP Code **06831**

**6.** Is your current mailing address the same as your physical address?   ☒ Yes  ☐ No

NOTE: If you answered "No" to Item Number 6., provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name

**7.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**7.c.** City or Town

**7.d.** State   **7.e.** ZIP Code

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
► A-

**9.** USCIS Online Account Number (if any)
►

**10.** Gender   ☒ Male  ☐ Female

**11.** Marital Status  ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

**12.** Have you previously filed Form I-765?  ☐ Yes  ☒ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?   ☒ Yes  ☐ No

NOTE: If you answered "No" to Item Number 13.a., skip to Item Number 14. If you answered "Yes" to Item Number 13.a., provide the information requested in Item Number 13.b.

**13.b.** Provide your Social Security number (SSN) (if known).
► 5 4 0 8 5 2 9 7 6

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to Item Number 15., Consent for Disclosure, to receive a card.)   ☒ Yes  ☐ No

NOTE: If you answered "No" to Item Number 14., skip to Part 2., Item Number 18.a. If you answered "Yes" to Item Number 14., you must also answer "Yes" to Item Number 15.

**15.** Consent for Disclosure: I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.   ☒ Yes  ☐ No

NOTE: If you answered "Yes" to Item Numbers 14. - 15., provide the information requested in Item Numbers 16.a. - 17.b.

**Father's Name**

Provide your father's birth name.

**16.a.** Family Name (Last Name) **SUMAJIT**

**16.b.** Given Name (First Name) **Bonifacio**

**Mother's Name**

Provide your mother's birth name.

**17.a.** Family Name (Last Name) **GADRINAB**

**17.b.** Given Name (First Name) **Esther**

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in Part 6. Additional Information.

**18.a.** Country
**PHILIPPINES**

**18.b.** Country
**PHILIPPINES**

I-485

PHOTOS

SUMAJIT,
WALTER G
DOB: 08/23/1971

MGA PAGTATAKDA-LIMITATIONS

3

REPUBLIKA NG PILIPINAS / REPUBLIC OF THE PHILIPPINES

PASAPORTE
PASSPORT

P    PH    EC3266889

SUMAJIT

WALTER

GABRINAB

22 Aug 71    FILIPINO

M    CAG DE ORO CITY

26 Jan 15    PCG NEW YORK

25 Jan 20

P<PHLSUMAJIT<<WALTER<<<<<<<<<<<<<<<<<<<<<<<<<
EC32668894PHL7108237M2001252<<<<<<<<<<<<<<06



USA — VISA

UNITED STATES
OF AMERICA

**VISA**

Issuing Post Name
MANILA

Control Number
20021793980002

Surname
SUMAJIT

Given Name
WALTER GADRINAB

Visa Type /Class
R   B1/B2

Passport Number
HH087613

Sex
M

Birth Date
23AUG1971

Nationality
PHIL

Entries
M

Issue Date
28JUN2002

Expiration Date
27JUN2012

0101

Annotation

51925789

VNPHLSUMAJIT<<WALTER<GADRINAB<<<<<<<<<<<<<<<
HH087613<9PHL7108237M0206282B310E44EB6B75200



**232274561 24**

Receipt Number EAC-14-166-59713
United States Citizenship and Immigration
Services

I-94
Departure Record      Petitioner: P3 INTERNATION

| 14 Family Name SUMAJIT | |
|---|---|
| 15 First (Given) Name WALTER | 16 Date of Birth 08/23/1971 |
| 17 Country of Citizenship PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

---

**232274561 24**

Receipt Number EAC-11-232-51118
United States Citizenship and Immigration
Services

I-94
Departure Record      Petitioner: P3 INTERNATIONA

| 14 Family Name SUMAJIT | |
|---|---|
| 15 First (Given) Name WALTER | 16 Date of Birth 08/23/1971 |
| 17 Country of Citizenship PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

---

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

Departure Record

232274561   24

APR 1 2 2011
OCT 1 0 2011

S U M A J I T
W A L T E R          2 3 0 8 7 1
P H I L I P P I N E S

Department of Homeland Security
U.S. Citizenship and Immigration Ser...

38 003 K A **Form I-797C, Notice of Action**

Case 1:19-cv-02842-KBJ   Document 4-4   Filed 10/03/19   Page 35 of 62

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| **Receipt Number**<br>EAC1890040734 | **Case Type**<br>I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |

| **Received Date**<br>01/09/2018 | **Priority Date** | **Applicant**<br>SUMAJIT, WALTER GADRINAB |
|---|---|---|
| **Notice Date**<br>07/19/2018 | **Page**<br>1 of 1 | |

WALTER GADRINAB SUMAJIT
c/o ALLEN E KAYE
POLLACK POLLACK ISAAC DECICCO
225 BROADWAY FLR 3
NEW YORK NY 10007

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

CALIFORNIA SERVICE CENTER, 24000 Avila Road 2nd Flr, Laguna Niguel, CA 92677

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: 1-800-375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C 07/11/14 Y

**For I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 11, 2018 |
| **CASE TYPE** | USCIS ALIEN NUMBER |
| I-539, Application to Extend-Change Nonimmigrant Status | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| EAC1890040734 | January 09, 2018 | 1 of 1 |
| | | DATE OF BIRTH |
| | | August 23, 1971 |

WALTER G. SUMAJIT
C/O ALLEN E. KAYE POLLACK POLLACK ISAAC DECICCO
225 BROADWAY FLR 3                    2  00000127
NEW YORK, NY 10007

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $370.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $370.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-539, Application to Extend-Change Nonimmigrant Status you submitted has been received by our office for the following applicants and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| SUMAJIT, WALTER | 8/23/1971 | PHILIPPINES | B2 |
| SUMAJIT, MELTHIE | 5/24/1971 | PHILIPPINES | |
| SUMAJIT, JESAH | 3/14/2000 | PHILIPPINES | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**USCIS Customer Service Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.            Form I-797C 07/11/14 Y

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC1723851636 | | I129 - PETITION FOR A NONIMMIGRANT WORKER | |
| Received Date | Priority Date | Petitioner | |
| 08/29/2017 | | P3 INTERNATIONAL CORPORATION | |
| Notice Date | Page | Beneficiary | |
| 02/21/2018 | 1 of 1 | SUMAJIT, WALTER GADRINAB | |

P3 INTERNATIONAL CORPORATION
c/o KRAUSE PRESIDENT
132 NASSAU ST
NEW YORK NY 10038

**Notice Type:** Approval Notice
**Class:** H1B
**Valid from** 10/02/2017 to 01/09/2018

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

## What the Official Notice Said

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| SUMAJIT, WALTER GADRINAB | 08/23/1971 | PHILIPPINES | H1B | | 039 |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y

# THE UNITED STATES OF AMERICA

**I-797A | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number EAC1723851636 | | Case Type I129 - PETITION FOR A NONIMMIGRANT WORKER | |
|---|---|---|---|
| Received Date 08/29/2017 | Priority Date | Petitioner P3 INTERNATIONAL CORPORATION, | |
| Notice Date 02/21/2018 | Page 1 of 2 | Beneficiary SUMAJIT, WALTER GADRINAB | |

P3 INTERNATIONAL CORPORATION
c/o ALEXANDER ROJAS ESQ
BARST MUKAMAL & KLEINER LLP
2 PARK AVE 19TH FLR
NEW YORK NY 10016

**Notice Type:** Approval Notice
Class: H1B
Valid from 10/02/2017 to 01/09/2018

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**Customer Service Telephone: 800-375-5283**



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records
**Receipt#** EAC1723851636
**I-94#** 232274561 24
**NAME** SUMAJIT, WALTER GADRINAB
**CLASS** H1B
**VALID FROM** 10/02/2017 **UNTIL** 01/19/2018

**PETITIONER**
P3 INTERNATIONAL CORPORATION,
132 NASSAU ST
NEW YORK NY 10038

232274561 24
**Receipt Number** EAC1723851636
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Petitioner:** P3 INTERNATIONAL CORPORATION

| 14. Family Name SUMAJIT | |
|---|---|
| 15. First (Given) Name WALTER | 16. Date of Birth 08/23/1971 |
| 17. Country of Citizenship PHILIPPINES | |

FORM I-797A (REV. 08/01/16)

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type | |
|---|---|---|---|
| EAC1723851636 | | 1129 - PETITION FOR A NONIMMIGRANT WORKER | |
| Received Date | Priority Date | Petitioner | |
| 08/29/2017 | | P3 INTERNATIONAL CORPORATION, | |
| Notice Date | Page | Beneficiary | |
| 02/21/2018 | 2 of 2 | SUMAJIT, WALTER GADRINAB | |

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 054794001

**Customer Service Telephone: 800-375-5283**



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt | VOID | VOID | VOID |
|---|---|---|---|
| I-94# | | | |
| NAME | VOID | VOID | VOID |
| CLASS | | | |
| VALID FROM UNTIL | VOID | VOID | VOID |
| PETITIONER | VOID | VOID | VOID |
| | VOID | VOID | VOID |
| | VOID | VOID | VOID |

Receipt Number VOID    VOID    VOID
US Citizenship and Immigration Services
VOID    VOID    VOID
I94 Departure Record
Petition VOID    VOID    VOID

| 14. Family Name | VOID | VOID | VOID |
|---|---|---|---|
| 15. First (Given) Name | VOID | VOID | 16. Date of Birth VOID |
| 17. Country of Citizenship | VOID | VOID | VOID |
| | VOID | VOID | VOID |

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-14-166-50713 | | **CASE TYPE** I129 PETITION FOR A NONIMMIGRANT WORKER |
| **RECEIPT DATE**<br>June 9, 2014 | **PRIORITY DATE** | **PETITIONER**<br>P3 INTERNATIONAL CORPORATION |
| **NOTICE DATE**<br>August 4, 2014 | **PAGE**<br>1 of 2 | **BENEFICIARY**<br>SUMAJIT, WALTER G. |

STEPHEN SINGER ESQ
BARST MUKAMAL KLEINER LLP
2 PARK AVE 19TH FLOOR
NEW YORK NY 10016

Notice Type: Approval Notice
Class: H1B
Valid from 10/02/2014 to 10/01/2017
Consulate:

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS    VT    05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#    EAC-14-166-50713
I-94#    232274561 24
NAME SUMAJIT, WALTER G.
CLASS H1B

VALID FROM 10/02/2014 UNTIL 10/01/2017

PETITIONER: P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK NY 10038

**232274561 24**

Receipt Number EAC-14-166-50713
United States Citizenship and Immigration Services

I-94
Departure Record    Petitioner: P3 INTERNATIO

| 14. Family Name<br>SUMAJIT | |
|---|---|
| 15. First (Given) Name<br>WALTER | 16. Date of Birth<br>08/23/1971 |
| 17. Country of Citizenship<br>PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| EAC-14-166-50713 | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| June 9, 2014 | | P3 INTERNATIONAL CORPORATION |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| August 4, 2014 | 2 of 2 | SUMAJIT, WALTER G. |

(continued)
at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS    VT   05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N



PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#
I-94#
NAME
CLASS

PETITIONER:

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

Receipt Number
United States Citizenship and Immigration Services

I-94
Departure Record

14. Family Name
15. First (Given) Name
16. Date of Birth
17. Country of Citizenship

Petitioner:

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

Form I-797A (Rev. 10/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-11-232-51118 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>August 18, 2011 | PRIORITY DATE | PETITIONER<br>P3 INTERNATIONAL CORPORATION |
| NOTICE DATE<br>January 9, 2012 | PAGE<br>1 of 2 | BENEFICIARY<br>SUMAJIT, WALTER G. |

STEPHEN SINGER ESQ
BARST MUKAMAL & KLEINER LLP
2 PARK AVENUE 19TH FL
NEW YORK NY 10016

Notice Type: Approval Notice
Class: H1B
Valid from 01/09/2012 to 10/01/2014
Consulate:

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO)

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS    VT    05479-0001
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 10/31/05)N



---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#   EAC-11-232-51118
I-94#   232274561 24
NAME SUMAJIT, WALTER G.
CLASS H1B

VALID FROM 01/09/2012 UNTIL 10/01/2014

PETITIONER: P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK NY 10038

**232274561 24**
Receipt Number EAC-11-232-51118
United States Citizenship and Immigration Services

I-94
Departure Record    Petitioner: P3 INTERNATIONA

| 14. Family Name<br>SUMAJIT | |
| 15. First (Given) Name<br>WALTER | 16. Date of Birth<br>08/23/1971 |
| 17. Country of Citizenship<br>PHILIPPINES | |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Notice of Action**

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-11-232-51118 | | **CASE TYPE** I129 PETITION FOR A NONIMMIGRANT WORKER |
| **RECEIPT DATE**<br>August 18, 2011 | **PRIORITY DATE** | **PETITIONER**<br>P3 INTERNATIONAL CORPORATION |
| **NOTICE DATE**<br>January 9, 2012 | **PAGE**<br>2 of 2 | **BENEFICIARY**<br>SUMAJIT, WALTER G. |

(continued)
at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.




Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS   VT   05479-0001
**Customer Service Telephone: (800) 375-5283**

Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt#   VOID   VOID   VOID
I-94#   VOID   VOID   VOID
NAME   VOID   VOID   VOID
CLASS   VOID   VOID   VOID

VOID   VOID   VOID

PETITIONER:   VOID   VOID   VOID

VOID   VOID   VOID

VOID   VOID   VOID

Receipt Number   VOID   VOID
United States Citizenship and Immigration
Services   VOID   VOID

I-94   VOID   VOID
Departure Record   VOID   Petitioner   VOID

14. Family Name

15. First (Given) Name                                16. Date of Birth

17. Country of Citizenship

VOID   VOID   VOID

(Copy for OCRG)

Municipal Form No. 102
(Revised January 1993)

**Republic of the Philippines**
**OFFICE OF THE CIVIL REGISTRAR GENERAL**
**CERTIFICATE OF LIVE BIRTH**

(Fill out completely, accurately and legibly. Use ink or typewriter.
Place X before the appropriate answer in Items 2, 5a, 5b and 19a.)

(To be accomplished in quadruplicate)

| Province | Misamis Or. | Registry No. |
|---|---|---|
| City/Municipality | Cagayan de Oro City | 3085 |

**REMARKS/ANNOTATION**

THIS IS A CERTIFIED TRUE
COPY FROM THE ORIGINAL:

8324168

MINA Y. DIPUBADO
Registration Officer IV
9/12/2001

**CHILD**

1. NAME (First) WALTER (Middle) GADRINAB (Last) SUMAJIT

2. SEX  X 1 Male  2 Female   3. DATE OF BIRTH (day) 23 (month) Aug. (year) 1971

4. PLACE OF BIRTH (Name of Hospital/Clinic/Institution/House No., Street, Barangay) Cagayan de Oro (City/Municipality) (Province) Misamis Or.

5a. TYPE OF BIRTH  X 1 Single  2 Twin  3 Triplet, etc.

b. IF MULTIPLE BIRTH, CHILD WAS  1 First  2 Second  3 Others, Specify

c. BIRTH ORDER (live births and fetal deaths including this delivery) (first, second, third, etc.)

d. WEIGHT AT BIRTH  7 Lbs. grams

**For OCRG USE ONLY:**
Population Reference No.

**TO BE FILLED UP AT THE OFFICE OF THE CIVIL REGISTRAR**

41

48

49   50

**MOTHER**

6. MAIDEN NAME (First) Esther (Middle) (Last) Gadrinab

7. CITIZENSHIP Fil

8. RELIGION RC

9a. Total number of children born alive:

b. No. of children still living including this birth: 1

c. No. of children born alive but are now dead:

10. OCCUPATION Data not available

11. Age at the time of this birth: 27 years

12. RESIDENCE (House No., Street, Barangay) Gusa (City/Municipality) Cagayan de Oro City (Province) Misamis Or.

50

51

52   54

**FATHER**

13. NAME (First) Bonifacio (Middle) (Last) Sumajit

14. CITIZENSHIP Fil

15. RELIGION RC

16. OCCUPATION Employee

17. Age at the time of this birth: 29 years

58   59

70   72   74

18. DATE AND PLACE OF MARRIAGE OF PARENTS (if not married, accomplish Affidavit of Acknowledgment/Admission of Paternity at the back.)

Oct. 14, 1970   Cag. de Oro, Mis. Or.

19a. ATTENDANT  1 Physician  2 Nurse  3 Midwife  X 4 Hilot (Traditional Midwife)  5 Others (Specify)

76   79

19b. CERTIFICATION OF BIRTH
I hereby certify that I attended the birth of the child who was born alive at 7:20 o'clock am/pm on the date stated above.

Signature _____
Name in Print  Remedios Sahurniao
Title or Position _____  Date _____

81   0280

20. INFORMANT
Signature  Sgd. Bonifacio Sumajit
Name in Print  Bonifacio Sumajit
Relationship to the child _____

86   87

88   91

21. PREPARED BY
Signature  Sgd. Abel Bautista
Name in Print  Abel Bautista
Title or Position _____
Date  Aug. 27, 1971

22. RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
Signature  Sgd. Loreto J. Salva
Name in Print  Loreto J. Salva
Title or Position  Deputy LCR
Date  Aug. 27, 1971

93

94

/6718913

Municipal Form No. 97 (Form No. 13)    (To be accomplished in quadruplicate)
(Revised January 1993)    Republic of the Philippines

## CERTIFICATE OF MARRIAGE

| | | |
|---|---|---|
| Province: Misamis Oriental | Registry No | REMARKS/ANNOTATION |
| City/Municipality: Cagayan de Oro City | 94-1,240 | CERTIFIED TRUE COPY FROM THE ORIGINAL |

| | (HUSBAND) | (WIFE) | FOR OCRG USE ONLY: |
|---|---|---|---|
| Name of Contracting Parties | WALTER G. SUMAJIT | MELTHIE O. CONDE | Population Reference No. (Husband) |
| Date of Birth/Age | 22 years old | 22 years old | (Wife) |
| Place of Birth | | | |
| Male or Female | | | TO BE FILLED UP AT THE OFFICE OF THE CIVIL REGISTRAR |
| Citizenship | Filipino | Filipino | 80 |
| Residence | Gusa, Cagayan de Oro City | Tubod, Iligan City | |
| Religion | | | 87 |
| Civil Status | Single | Single | |
| Name of Father | Bonifacio S. Sumajit | Manolo M. Conde | 88  90 |
| Citizenship | Filipino | Filipino | 92  93 |
| Name of Mother | Esther F. Gadrinab | Marietta V. Osic | 94 |
| Citizenship | Filipino | Filipino | |
| Persons who gave consent or advice | Bonifacio S. Sumajit | Manolo M. Conde | 99 |
| Relationship | Father | Father | |
| Residence | Gusa, Cagayan de Oro City | Tubod, Iligan City | 104  105 |

Place of Marriage    Regional Trial Court
(Office of the House of Barangay of Church of Mosque of)

| | | 106  107 |
|---|---|---|
| Date: 20 May 1994    Address    Time: | | 108 |

THIS IS TO CERTIFY: That I  Walter Gadrinab Sumajit
and I, Melthie Osic Conde    both of legal age, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the witnesses named below, take each other as husband and wife and certifying further that we

☐ have not entered into a marriage settlement
☐ have entered into a marriage settlement, a copy of which is hereto attached

IN WITNESS WHEREOF, we signed/marked with our finger-print, this certificate in quadruplicate this 20th day of May 1994

(Sgd.)Walter G. Sumajit         (Sgd.)Melthie O. Conde
(Signature of Husband)                    (Signature of Wife)

THIS IS TO CERTIFY: THAT BEFORE ME, on the date and place above-written, personally appeared the above-mentioned parties, with their mutual consent, lawfully joined together in marriage which was solemnized by me in the presence of the witnesses named below, all of legal age

I CERTIFY FURTHER THAT    9691504    May 3, 1994
☐ Marriage License No. Cag. de Oro    issued on ... in favor of said parties has exhibited to me
☐ no marriage license was necessary, the marriage being solemnized under Art. ... of Executive Order No. 209
☐ the marriage was solemnized in accordance with the provisions of Presidential Decree No. 1083

(Sgd.)Puro M. Velez
(Signature of Solemnizing Officer)
RTC Judge
(Position/Designation)

| 113 | |
|---|---|
| 119 | 1320 |

RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
(Sgd.)Perle Joy J.Tolentino
Signature
Perle Joy J. Tolentino
Name in Print
Clerk II
Title or Position
8/7/94
Date Received

(Religious Affiliation, Registry No and Expiration Date, if applicable)

WITNESSES
(Sgd.)Dr. Rodulfo ... Tan         (Sgd.)Paciencia M. Tan
(Print Name and Sign)              (Sgd.)Elisana C. Macabinta

Form **1040EZ**

Department of the Treasury—Internal Revenue Service

**Income Tax Return for Single and Joint Filers With No Dependents** (99)

**2017**

OMB No. 1545-0074

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| WALTER G | SUMAJIT | 540  85  2976 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MELTHIE C | SUMAJIT | 989  72  5438 |

Home address (number and street). If you have a P.O. box, see instructions.

10 WINDING LANE                                                                Apt. no. FLR 1

▲ Make sure the SSN(s) above are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

GREENWICH CT 06831

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

### Income

**Attach Form(s) W-2 here.**

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | **1** | 24,000. |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | **2** | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | **3** | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | **4** | 24,000. |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on back. ☐ You  ☐ Spouse  If no one can claim you (or your spouse if a joint return), enter $10,400 if **single**; $20,800 if **married filing jointly.** See back for explanation. | **5** | 20,800. |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶ | **6** | 3,200. |

### Payments, Credits, and Tax

| | | | |
|---|---|---|---|
| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | **7** | 1,130. |
| 8a | **Earned income credit (EIC)** (see instructions) | **8a** | |
| b | Nontaxable combat pay election. | 8b | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits.** ▶ | **9** | 1,130. |
| 10 | Tax. Use the amount on **line 6 above** to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | **10** | 323. |
| 11 | Health care: individual responsibility (see instructions)  Full-year coverage ☐ | **11** | 0. |
| 12 | Add lines 10 and 11. This is your **total tax.** | **12** | 323. |

### Refund

Have it directly deposited! See instructions and fill in 13b, 13c, and 13d, or Form 8888.

| | | | |
|---|---|---|---|
| 13a | If line 9 is larger than line 12, subtract line 12 from line 9. This is your **refund.** If Form 8888 is attached, check here ▶ ☐ | **13a** | 807. |
| ▶ b | Routing number  0 2 1 0 0 0 0 2 1  ▶ c Type: ☐ Checking  ☒ Savings | | |
| ▶ d | Account number  3 0 1 5 4 7 9 1 9 8 | | |

### Amount You Owe

| | | | |
|---|---|---|---|
| 14 | If line 12 is larger than line 9, subtract line 9 from line 12. This is the **amount you owe.** For details on how to pay, see instructions. ▶ | **14** | |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete below.  ☒ No

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|

### Sign Here

Under penalties of perjury, I declare that I have examined this return and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions.

Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Computer system analyst | (917) 794-8963 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | Housewife | |

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

BAA

REV 02/13/18 Intuit.cg.cfp.sp

Form **1040EZ** (2017)

Form **8965**

Department of the Treasury
Internal Revenue Service

**Health Coverage Exemptions**

▶ Attach to Form 1040, Form 1040A, or Form 1040EZ.
▶ Go to *www.irs.gov/Form8965* for instructions and the latest information.

OMB No. 1545-0074

20**17**

Attachment
Sequence No. **75**

Name as shown on return
WALTER G & MELTHIE C SUMAJIT

Your social security number
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

Complete this form if you have a Marketplace-granted coverage exemption or you are claiming a coverage exemption on your return.

**Part I** Marketplace-Granted Coverage Exemptions for Individuals. If you and/or a member of your tax household have an exemption granted by the Marketplace, complete Part I.

| | (a) Name of Individual | (b) SSN | (c) Exemption Certificate Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**Part II** Coverage Exemptions Claimed on Your Return for Your Household

7 If you are claiming a coverage exemption because your household income or gross income is below the filing threshold, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Part III** Coverage Exemptions Claimed on Your Return for Individuals. If you and/or a member of your tax household are claiming an exemption on your return, complete Part III.

| | (a) Name of Individual | (b) SSN | (c) Exemption Type | (d) Full Year | (e) Jan | (f) Feb | (g) Mar | (h) Apr | (i) May | (j) June | (k) July | (l) Aug | (m) Sept | (n) Oct | (o) Nov | (p) Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | WALTER SUMAJIT | 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 | A | | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 9 | MELTHIE SUMAJIT | 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 | A | | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.     BA     REV 02/15/18 Intuit     Form **8965** (2017)

**NEW YORK STATE 2017**

Department of Taxation and Finance

# Nonresident and Part-Year Resident Income Tax Return

New York State • New York City • Yonkers • MCTMT

For the year January 1, 2017, through December 31, 2017, or fiscal year beginning _____ and ending _____

**IT-203**

**17**

For help completing your return, see the instructions, Form IT-203-I.

| Your first name and middle initial | Your last name (for a joint return, enter spouse's name on line below) | Your date of birth (mmddyyyy) | Your social security number |
|---|---|---|---|
| WALTER G | SUMAJIT | 08231971 | 540852976 |

| Spouse's first name and middle initial | Spouse's last name | Spouse's date of birth (mmddyyyy) | Spouse's social security number |
|---|---|---|---|
| | | | 989725438 |

| Mailing address (see instructions, page 13) (number and street or PO box) | Apartment number | New York State county of residence |
|---|---|---|
| 10 WINDING LANE | FLR 1 | NR |

| City, village, or post office | State | ZIP code | Country (if not United States) | School district name |
|---|---|---|---|---|
| GREENWICH | CT | 06831 | | NR |

Taxpayer's permanent home address (see instr., pg. 13) (no. and street or rural route)   Apartment no.   City, village, or post office

School district code number

| State | ZIP code | Country (if not United States) | Decedent information | Taxpayer's date of death | Spouse's date of death |
|---|---|---|---|---|---|
| | | | | | |

**A Filing status** (mark an X in one box):
- ① Single
- ② [X] Married filing joint return (enter both spouses' social security numbers above)
- ③ Married filing separate return (enter both spouses' social security numbers above)
- ④ Head of household (with qualifying person)
- ⑤ Qualifying widow(er) with dependent child

**B** Did you itemize your deductions on your 2017 federal income tax return? ........... Yes ☐ No [X]

**C** Can you be claimed as a dependent on another taxpayer's federal return? ............ Yes ☐ No [X]

**D1** Did you have a financial account located in a foreign country? (see page 14) ......... Yes ☐ No [X]

**D2** Yonkers part-year residents only:
(1) Did you receive a property tax relief credit? (see pg. 14) Yes ☐ No ☐
(2) Enter the amount ...... .00

**D3** Were you required to report, under P.L. 110-343, Div. C, § 801(d)(2), any nonqualified deferred compensation on your 2017 federal return? (see page 14) ............ Yes ☐ No [X]

**E** New York City part-year residents only (see page 14)
(1) Number of months you lived in NY City in 2017 ..... ☐
(2) Number of months your spouse lived in NY City in 2017 .................................. ☐

**F** Enter your 2-character special condition code(s) if applicable (see page 15) ☐

**G** New York State part-year residents (see page 15)
Enter the date you moved into or out of NYS (mmddyyyy) ....................... ☐
On the last day of the tax year (mark an X in one box):
1) Lived in NYS ................................................ ☐
2) Lived outside NYS; received income from NYS sources during nonresident period ..... ☐
3) Lived outside NYS; received no income from NYS sources during nonresident period .. ☐

**H** New York State nonresidents (see page 15)
Did you or your spouse maintain living quarters in NYS in 2017? ............... Yes ☐ No [X]
(if Yes, complete Form IT-203-B)

**I Dependent exemption information** (see page 16)

| First name and middle initial | Last name | Relationship | Social security number | Date of birth (mmddyyyy) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, mark an X in the box. ☐

203001171555

For office use only

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

**Page 2 of 4**  IT-203 (2017)

Enter your social security number:
540852976

REV 11/21 IT-2E03 CP5P

|  |  | Federal amount<br>Whole dollars only | | New York State amount<br>Whole dollars only | |
|---|---|---|---|---|---|

**Federal income and adjustments** *(see page 17)*

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. ................................................ | 1 | 24000 .00 | 1 | 24000 .00 |
| 2 | Taxable interest income ................................................ | 2 | .00 | 2 | .00 |
| 3 | Ordinary dividends ................................................ | 3 | .00 | 3 | .00 |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes *(also enter on line 24)* ............................ | 4 | .00 | 4 | .00 |
| 5 | Alimony received ................................................ | 5 | .00 | 5 | .00 |
| 6 | Business income or loss *(submit a copy of federal Sch. C or C-EZ, Form 1040)* | 6 | .00 | 6 | .00 |
| 7 | Capital gain or loss *(if required, submit a copy of federal Sch. D, Form 1040)* | 7 | .00 | 7 | .00 |
| 8 | Other gains or losses *(submit a copy of federal Form 4797)* .. | 8 | .00 | 8 | .00 |
| 9 | Taxable amount of IRA distributions. Beneficiaries: mark X in box ☐ | 9 | .00 | 9 | .00 |
| 10 | Taxable amount of pensions/annuities. Beneficiaries: mark X in box ☐ | 10 | .00 | 10 | .00 |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. *(submit a copy of federal Schedule E, Form 1040)* | 11 | .00 | 11 | .00 |
| 12 | Rental real estate included in line 11 *(federal amount)* [12] .00 | | | | |
| 13 | Farm income or loss *(submit a copy of federal Sch. F, Form 1040)* | 13 | .00 | 13 | .00 |
| 14 | Unemployment compensation................................................ | 14 | .00 | 14 | .00 |
| 15 | Taxable amount of social security benefits *(also enter on line 26)* | 15 | .00 | 15 | .00 |
| 16 | Other income *(see page 23)* Identify: | 16 | .00 | 16 | .00 |
| 17 | Add lines 1 through 11 and 13 through 16 ........................ | 17 | 24000 .00 | 17 | 24000 .00 |
| 18 | Total federal adjustments to income *(see page 23)* Identify: | 18 | .00 | 18 | .00 |
| 19 | Federal adjusted gross income *(subtract line 18 from line 17)* | 19 | 24000 .00 | 19 | 24000 .00 |

**New York additions** *(see page 25)*

| | | | | | |
|---|---|---|---|---|---|
| 20 | Interest income on state and local bonds and obligations *(but not those of New York State or its localities)* ............. | 20 | .00 | 20 | .00 |
| 21 | Public employee 414(h) retirement contributions ............. | 21 | .00 | 21 | .00 |
| 22 | Other *(Form IT-225, line 9)* ................................................ | 22 | .00 | 22 | .00 |
| 23 | Add lines 19 through 22 ................................................ | 23 | 24000 .00 | 23 | 24000 .00 |

**New York subtractions** *(see page 26)*

| | | | | | |
|---|---|---|---|---|---|
| 24 | Taxable refunds, credits, or offsets of state and local income taxes *(from line 4)* ................................ | 24 | .00 | 24 | .00 |
| 25 | Pensions of NYS and local governments and the federal government *(see page 26)* ................................ | 25 | .00 | 25 | .00 |
| 26 | Taxable amount of social security benefits *(from line 15)* ... | 26 | .00 | 26 | .00 |
| 27 | Interest income on U.S. government bonds ..................... | 27 | .00 | 27 | .00 |
| 28 | Pension and annuity income exclusion ............................ | 28 | .00 | 28 | .00 |
| 29 | Other *(Form IT-225, line 18)* ................................................ | 29 | .00 | 29 | .00 |
| 30 | Add lines 24 through 29 ................................................ | 30 | .00 | 30 | .00 |
| 31 | **New York adjusted gross income** *(subtract line 30 from line 23)* | 31 | 24000 .00 | 31 | 24000 .00 |

| | | | |
|---|---|---|---|
| 32 | Enter the amount from line 31, *Federal amount* column ....................→ | 32 | 24000 .00 |

**Standard deduction or itemized deduction** *(see page 28)*

| | | | |
|---|---|---|---|
| 33 | Enter your **standard deduction** *(table on page 28)* or your **itemized deduction** *(from Form IT-203-D).* Mark an X in the appropriate box: ... [X] Standard – or – ☐ Itemized | 33 | 16050 .00 |
| 34 | Subtract line 33 from line 32 *(if line 33 is more than line 32, leave blank)* ............................ | 34 | 7950 .00 |
| 35 | Dependent exemptions *(enter the number of dependents listed in item I; see page 28)* ...................... | 35 | 000 .00 |
| 36 | **New York taxable income** *(subtract line 35 from line 34)* ................................ | 36 | 7950 .00 |

203002171555





| Name(s) as shown on page 1 | Enter your social security number | IT-203 (2017) **Page 3** of 4 |
|---|---|---|
| WALTER G SUMAJIT | 540852976 | |

## Tax computation, credits, and other taxes

| | | | |
|---|---|---|---|
| 37 | New York taxable income *(from line 36 on page 2)* | 37 | 7950.00 |
| 38 | New York State tax on line 37 amount *(see page 29)* | 38 | 319.00 |
| 39 | New York State household credit *(page 29, table 1, 2, or 3)* | 39 | 60.00 |
| 40 | Subtract line 39 from line 38 *(if line 39 is more than line 38, leave blank)* | 40 | 259.00 |
| 41 | New York State child and dependent care credit *(see page 30)* | 41 | .00 |
| 42 | Subtract line 41 from line 40 *(if line 41 is more than line 40, leave blank)* | 42 | 259.00 |
| 43 | New York State earned income credit *(see page 30)* | 43 | .00 |
| 44 | Base tax *(subtract line 43 from line 42; if line 43 is more than line 42, leave blank)* | 44 | 259.00 |

| 45 | Income percentage *(see page 30)* | New York State amount from line 31 24000.00 ÷ | Federal amount from line 31 24000.00 = | Round result to 4 decimal places | 45 | 1.0000 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 46 | Allocated New York State tax *(multiply line 44 by the decimal on line 45)* | 46 | 259.00 |
| 47 | New York State nonrefundable credits *(Form IT-203-ATT, line 8)* | 47 | .00 |
| 48 | Subtract line 47 from line 46 *(if line 47 is more than line 46, leave blank)* | 48 | 259.00 |
| 49 | Net other New York State taxes *(Form IT-203-ATT, line 33)* | 49 | .00 |
| 50 | Total New York State taxes *(add lines 48 and 49)* | 50 | 259.00 |

## New York City and Yonkers taxes, credits, and surcharges, and MCTMT

| | | | | |
|---|---|---|---|---|
| 51 | Part-year New York City resident tax *(Form IT-360.1)* | 51 | .00 | |
| 52 | Part-year resident nonrefundable New York City child and dependent care credit | 52 | .00 | |
| 52a | Subtract line 52 from 51 | 52a | .00 | |
| 52b | MCTMT net earnings base .... 52b | .00 | | |
| 52c | MCTMT | 52c | .00 | |
| 53 | Yonkers nonresident earnings tax *(Form Y-203)* | 53 | .00 | |
| 54 | Part-year Yonkers resident income tax surcharge *(Form IT-360.1)* | 54 | .00 | |
| 55 | Total New York City and Yonkers taxes / surcharges and MCTMT *(add lines 52a, and 52c through 54)* | 55 | .00 | |
| 56 | Sales or use tax *(See the instructions on page 32. Do not leave line 56 blank.)* | 56 | 0.00 | |

See instructions on pages 30 and 31 to compute New York City and Yonkers taxes, credits, and surcharges, and MCTMT.

## Voluntary contributions *(see page 33)*

| | | | |
|---|---|---|---|
| 57a | Return a Gift to Wildlife | 57a | .00 |
| 57b | Missing/Exploited Children Fund | 57b | .00 |
| 57c | Breast Cancer Research Fund | 57c | .00 |
| 57d | Alzheimer's Fund | 57d | .00 |
| 57e | Olympic Fund *($2 or $4)* | 57e | .00 |
| 57f | Prostate and Testicular Cancer Research and Education Fund | 57f | .00 |
| 57g | 9/11 Memorial | 57g | .00 |
| 57h | Volunteer Firefighting & EMS Recruitment Fund | 57h | .00 |
| 57i | Teen Health Education | 57i | .00 |
| 57j | Veterans Remembrance | 57j | .00 |
| 57k | Homeless Veterans | 57k | .00 |
| 57l | Mental Illness Anti-Stigma Fund | 57l | .00 |
| 57m | Women's Cancers Education and Prevention Fund | 57m | .00 |
| 57n | Autism Fund | 57n | .00 |
| 57o | Veterans' Homes | 57o | .00 |
| 57 | Total voluntary contributions *(add lines 57a through 57o)* | 57 | .00 |
| 58 | Total New York State, New York City, Yonkers, and sales or use taxes, MCTMT, and voluntary contributions *(add lines 50, 55, 56, and 57)* | 58 | 259.00 |

203003171555



**Page 4 of 4** IT-203 (2017)

Enter your social security number
540852976

59 Enter amount from line 58 ........................................ | **59** | 259.00

<table>
<tr><td colspan="4">**Payments and refundable credits** *(see page 34)*</td></tr>
<tr><td>60 Part-year NYC school tax credit (fixed amount) *(also complete E on front)*</td><td>60</td><td>.00</td><td rowspan="7">If applicable, complete Form(s) IT-2 and/or IT-1099-R and submit them with your return *(see page 12)*.<br><br>**Do not send federal Form W-2 with your return.**</td></tr>
<tr><td>60a NYC school tax credit (rate reduction amount) ....................</td><td>60a</td><td>.00</td></tr>
<tr><td>61 Other refundable credits *(Form IT-203-ATT, line 17)* ...........</td><td>61</td><td>.00</td></tr>
<tr><td>62 Total New York State tax withheld .................................</td><td>62</td><td>668.00</td></tr>
<tr><td>63 Total New York City tax withheld .................................</td><td>63</td><td>.00</td></tr>
<tr><td>64 Total Yonkers tax withheld .......................................</td><td>64</td><td>.00</td></tr>
<tr><td>65 Total estimated tax payments/amount paid with Form IT-370 ....</td><td>65</td><td>.00</td></tr>
</table>

66 **Total payments and refundable credits** (add lines 60 through 65) ........................ | **66** | 668.00

**Your refund, amount you owe, and account information**  *(see pages 36 through 38)*

67 **Amount overpaid** *(if line 66 is more than line 59, subtract line 59 from line 66)* ................ | **67** | 409.00

68 Amount of line 67 to be refunded   **direct deposit to checking or**
**Mark one refund choice:** [X] **savings account** *(fill in line 73)* - or - [ ] **paper check** ..... | **68** | 409.00

69 Amount of line 67 that you want applied
to your 2018 estimated tax *(see instructions)* ................ | **69** | .00

69a Amount of line 67 that you want as a NYS 529
account deposit *(submit Form IT-195)* ......................... | **69a** | .00

70 **Amount you owe** *(if line 66 is less than line 59, subtract line 66 from line 59)*. To pay by electronic funds withdrawal, mark an **X** in the box [ ] and fill in lines 73 and 74. If you pay by check or money order you **must** complete Form IT-201-V and mail it with your return ... | **70** | .00

71 Estimated tax penalty *(include this amount on line 70, or reduce the overpayment on line 67; see page 37)* ........... | **71** | .00

72 Other penalties and interest *(see page 37)* ...................... | **72** | .00

*Refund? Direct deposit is the easiest, fastest way to get your refund.*

*See page 37 for payment options.*

*See page 40 for the proper assembly of your return.*

73 Account information for direct deposit or electronic funds withdrawal *(see page 38)*.
If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an **X** in this box *(see pg. 38)* [ ]

73a Account type: [ ] Personal checking  - or - [X] Personal savings  - or -  [ ] Business checking  - or -  [ ] Business savings

73b Routing number   021000021        73c Account number      3015479198

74 Electronic funds withdrawal *(see page 38)* ............................. Date            Amount              .00

<table>
<tr><td>**Third-party designee?** *(see instr.)*<br>Yes [ ]  No [ ]</td><td>Print designee's name</td><td>Designee's phone number<br>(    )</td><td>Personal identification number (PIN)</td></tr>
<tr><td></td><td>E-mail:</td><td></td><td></td></tr>
</table>

<table>
<tr><td colspan="3">▼ **Paid preparer must complete** ▼<br>*(see instructions)*</td><td>Preparer's NYTPRIN</td><td>NYTPRIN<br>excl. code</td><td colspan="2">▼ **Taxpayer(s) must sign here** ▼</td></tr>
<tr><td colspan="3">Preparer's signature</td><td colspan="2">Preparer's printed name</td><td colspan="2">Your signature</td></tr>
<tr><td colspan="3">Firm's name *(or yours, if self-employed)*<br>SELF-PREPARED</td><td colspan="2">Preparer's PTIN or SSN</td><td colspan="2">Your occupation<br>COMPUTER SYSTEM ANALYST</td></tr>
<tr><td colspan="3">Address</td><td colspan="2">Employer identification number</td><td colspan="2">Spouse's signature and occupation *(if joint return)*<br>HOUSEWIFE</td></tr>
<tr><td colspan="3"></td><td colspan="2">Date</td><td>Date</td><td>Daytime phone number<br>(917) 794-8963</td></tr>
<tr><td colspan="3">E-mail:</td><td colspan="2"></td><td colspan="2">E-mail: MELTHIE008@GMAIL.COM</td></tr>
</table>

**See instructions for where to mail your return.**





203004171555

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM



Department of Taction and Finance

# Nonresident or Part-Year Resident Spouse's Certification

REV... NTo-T CO CFP SP

**IT-203-C**
(8/15)

To be filed with Form IT-203 by married taxpayers filing a joint return when only one spouse has New York source income (see Form IT-203 instructions for additional information).

| Name of spouse with New York source income | Social security number |
|---|---|
| WALTER G SUMAJIT | 540852976 |

| Name of spouse with no New York source income | Social security number |
|---|---|
| MELTHIE C SUMAJIT | 989725438 |

**Certification of spouse with New York source income –** I certify that I am the spouse with the New York source income shown in the *New York State amount* column on Form IT-203 and my spouse, to the best of my knowledge and belief, had no New York source income for............................................

| Tax year: | 2017 |
|---|---|

| Signature | Date |
|---|---|
| | |

## Instructions

### Who must complete this form

If you are required to file a joint Form IT-203 and only one of you had New York source income, the spouse with New York source income must complete this form.

**Caution –** Enter name and social security number (SSN) information as follows:

- On **Form IT-203-C,** you must enter the name and SSN of the spouse **with New York source income first.** Enter the name and SSN of the spouse with no New York source income **second.**
- On your **Form IT-203,** you must enter **the name and SSN of** the spouse **with New York source income first.** Enter the SSN of the spouse with no New York source income second **(do not** enter that spouse's name).
- If you are filing Form IT-201-V, *Payment Voucher for Income Tax Returns,* enter on that form only the name and SSN of the spouse with New York source income. (Do not enter any name or SSN for the spouse with no New York source income.)

### Purpose of form

Married nonresidents and part-year residents who are required to file a joint New York State return must use the combined income of both spouses to determine the base tax subject to the income percentage allocation, even if only one spouse has New York source income. However, a spouse with no New York source income cannot be required to sign the joint return and cannot be held liable for any tax, penalty, or interest that may be due. This form will allow the Tax Department to properly process your return.

### How to file

Submit the completed Form IT-203-C with your Form IT-203. Keep a copy for your records.

235001151555



**Department of Taxation and Finance**
# Summary of W-2 Statements
New York State • New York City • Yonkers

REV 11.13.17 NYS/T.CG.CFP.SP

# IT-2

Do not detach or separate the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on the back.

## W-2 Record 1

**Box c Employer's information**

| Box a Employee's social security number for this W-2 Record | Employer's name |
|---|---|
| 540852976 | P3 INTERNATIONAL CORP |

| Box b Employer identification number (EIN) | Employer's address (number and street) |
|---|---|
| 133373311 | 132 NASSAU ST STE 1103 |

| City | State | ZIP code | Country (if not United States) |
|---|---|---|---|
| NEW YORK | NY | 10038 | |

| Box 1 Wages, tips, other compensation | Box 12a Amount | Code | Box 14a Amount | Description |
|---|---|---|---|---|
| 24000.00 | .00 | | .00 | |

| Box 8 Allocated tips | Box 12b Amount | Code | Box 14b Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

| Box 10 Dependent care benefits | Box 12c Amount | Code | Box 14c Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

| Box 11 Nonqualified plans | Box 12d Amount | Code | Box 14d Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

Box 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐    Corrected (W-2c) ☐

| NY State information: | Box 15a NY State | N|Y | Box 16a NYS wages, tips, etc. | Box 17a NYS income tax withheld |
|---|---|---|---|---|
| | | | 24000.00 | 668.00 |

| Other state information: | Box 15b other state | | Box 16b Other state wages, tips, etc. | Box 17b Other state income tax withheld |
|---|---|---|---|---|
| | | | .00 | .00 |

**NYC and Yonkers information (see instr.):**

| | Box 18 Local wages, tips, etc. | | Box 19 Local income tax withheld | | Box 20 Locality name |
|---|---|---|---|---|---|
| Locality a | 24000.00 | Locality a | .00 | Locality a | NYC |
| Locality b | .00 | Locality b | .00 | Locality b | |

## Do not detach.
## W-2 Record 2

**Box c Employer's information**

| Box a Employee's social security number for this W-2 Record | Employer's name |
|---|---|
| | |

| Box b Employer identification number (EIN) | Employer's address (number and street) |
|---|---|
| | |

| City | State | ZIP code | Country (if not United States) |
|---|---|---|---|
| | | | |

| Box 1 Wages, tips, other compensation | Box 12a Amount | Code | Box 14a Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

| Box 8 Allocated tips | Box 12b Amount | Code | Box 14b Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

| Box 10 Dependent care benefits | Box 12c Amount | Code | Box 14c Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

| Box 11 Nonqualified plans | Box 12d Amount | Code | Box 14d Amount | Description |
|---|---|---|---|---|
| .00 | .00 | | .00 | |

Box 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐    Corrected (W-2c) ☐

| NY State information: | Box 15a NY State | N|Y | Box 16a NYS wages, tips, etc. | Box 17a NYS income tax withheld |
|---|---|---|---|---|
| | | | .00 | .00 |

| Other state information: | Box 15b other state | | Box 16b Other state wages, tips, etc. | Box 17b Other state income tax withheld |
|---|---|---|---|---|
| | | | .00 | .00 |

**NYC and Yonkers information (see instr.):**

| | Box 18 Local wages, tips, etc. | | Box 19 Local income tax withheld | | Box 20 Locality name |
|---|---|---|---|---|---|
| Locality a | .00 | Locality a | .00 | Locality a | |
| Locality b | .00 | Locality b | .00 | Locality b | |

102001171555



NO HANDWRITTEN ENTRIES ON THIS FORM

REV 01: 10M-8 INT/J-T 03 CPP-SP

DRS Use ONLY ▶ | M | M | D | D | Y | Y | Y | Y |

 10401217V011555   

**Form CT-1040 - 2017**
Connecticut Resident Income Tax Return
(Rev. 12/17)

Page 1 of 4

Other taxable year, beginning:                    and ending:

N   S   Y   FJ              N   FS              N   HH   N   QW

540 - 85 - 2976   989 - 72 - 5438

WALTER          G   SUMAJIT                          ▮      N   Dec.

MELTHIE         C   SUMAJIT                                 N   Dec.

10 WINDING LN                          N   CT-8379   N   CT-2210

APT FLR 1                              N   CT-1040CRC

GREENWICH          CT   06831 -          •



| | | |
|---|---|---|
| 1. Federal adjusted gross income (from federal Form 1040, Line 37; Form 1040A, Line 21; or Form 1040EZ, Line 4) ▮ | 1. | 24000 |
| 2. Additions to federal adjusted gross income (from Schedule 1, Line 38) | 2. | 0 |
| 3. Add Line 1 and Line 2 | 3. | 24000 |
| 4. Subtractions from federal adjusted gross income (from Schedule 1, Line 50) | 4. | 0 |
| 5. **Connecticut adjusted gross income:** Line 4 subtracted from Line 3. | 5. | 24000 |
| 6. Income tax | 6. | 0 |
| 7. Credit for income taxes paid to qualifying jurisdictions (from Schedule 2, Line 59) | 7. | 0 |
| 8. Line 7 subtracted from Line 6. If Line 7 is greater than Line 6, "0" is entered. | 8. | 0 |
| 9. Connecticut alternative minimum tax (from Form CT-6251) | 9. | 0 |
| 10. Add Line 8 and Line 9. | 10. | 0 |
| 11. Credit for property taxes paid on your primary residence, motor vehicle, or both (from Schedule 3, Line 68) | 11. | 0 |
| 12. Line 11 subtracted from Line 10. If less than zero, "0" is entered. | 12. | 0 |
| 13. Total allowable credits (from Schedule CT-IT Credit, Part 1, Line 11) | 13. | 0 |
| 14. **Connecticut income tax:** Line 13 subtracted from Line 12. If less than zero, "0" is entered. | 14. | 0 |
| 15. Individual use tax (from Schedule 4, Line 69). If no tax is due, "0" is entered. | 15. | 0 |
| 16. **Total tax:** Add Line 14 and Line 15. ▮ | 16. | 0 |



**Form CT-1040**, Page 2 of 4

REV 01.10.18/NT,JJT,CG,GTP,SP

10401217V021555          •  540852976

| | | | | |
|---|---|---|---|---|
| 17. Amount from Line 16 | | | 17. • | 0 |

**W-2, W-2G, and 1099 Information**

| | Col. A - Employer or Payer's Fed. ID # | Col. B - CT Wages, Tips, etc. | Col. C - CT Income Tax Withheld |
|---|---|---|---|
| 18a. | ~ | • 0 | 0 |
| 18b. | ~ | • 0 | 0 |
| 18c. | ~ | • 0 | 0 |
| 18d. | ~ | • 0 | 0 |
| 18e. | ~ | • 0 | 0 |

| | | | |
|---|---|---|---|
| 18f. Additional Connecticut withholding (from Supplemental Schedule CT-1040WH, Line 3) | 18f. | | 0 |

| | | |
|---|---|---|
| 18. **Total Connecticut income tax withheld:** Amounts in Column C. | 18. | 0 |
| 19. All 2017 estimated tax payments and any overpayments applied from a prior year | 19. | 0 |
| 20. Payments made with Form CT-1040 EXT | 20. | 0 |
| 20a. Earned income tax credit (from Schedule CT-EITC, Line 16) | 20a. | 0 |
| 20b. Claim of right credit (from Form CT-1040CRC, Line 6) | 20b. | 0 |
| 21. **Total payments:** Add Lines 18, 19, 20, 20a, and 20b. | 21. | 0 |
| 22. Overpayment: If Line 21 is more than Line 17, Line 17 subtracted from Line 21. | 22. | 0 |
| 23. Amount of Line 22 you want **applied to your 2018 estimated tax** | 23. | 0 |
| 24. CHET contribution (from Schedule CT-CHET, Line 4) | 24. | 0 |
| 24a. Total contributions of refund to designated charities (from Schedule 5, Line 70) | 24a. | 0 |
| 25. **Refund:** Lines 23, 24, and 24a subtracted from Line 22. | 25. | 0 |

If you have not elected to direct deposit, a refund check will be issued and processing may be delayed.

25a. Acct. type          Ck.          Sv.      25b. Rout. #                    25c. Acct. #

25d. Refund going to a bank account outside the U.S.   25d.

| | | |
|---|---|---|
| 26. **Tax due:** If Line 17 is more than Line 21, Line 21 subtracted from Line 17. | 26. | 0 |
| 27. If late: Penalty entered. Line 26 multiplied by 10% (.10). | 27. | 0 |
| 28. If late: Interest entered. | | |
|  Line 26 multiplied by number of months or fraction of a month late, then by 1% (.01). | 28. | 0 |
| 29. Interest on underpayment of estimated tax (from Form CT-2210) | 29. | 0 |
| 30. **Total amount due:** Add Lines 26 through 29. | 30. | 0 . 00 |

**Declaration:** I declare under penalty of law that I have examined this return and all accompanying schedules and statements, including reporting and payment of any use tax due, and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return or document to DRS is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature • | | Date • | Home/cell telephone number 9177948963 |
| Spouse's signature (if joint return) • | | Date • | Daytime telephone number |
| Paid preparer's signature • SELF-PREPARED | Date | Telephone number • | Paid Preparer's SSN or PTIN |
| Paid preparer's name | Firm's name, address, and ZIP code | | FEIN |

**Third Party Designee** - Complete the following to authorize DRS to contact another person about this return.          Self-employed   N

| Designee's name | Telephone number | Personal Identification number (PIN) |
|---|---|---|
| • | • | |

**Form CT-1040**, Page 3 of 4

REV 01.10.18 INTUIT.CG.CFP.SP

10401217V031555                                    • 540852976

### Schedule 1 - Modifications to Federal Adjusted Gross Income

| | | |
|---|---|---:|
| 31. Interest on state and local government obligations other than Connecticut | 31. | 0 |
| 32. Mutual fund exempt-interest dividends from non-Connecticut state or municipal government obligations | 32. | 0 |
| 33. Taxable amount of lump-sum distributions from qualified plans not included in federal adjusted gross income | 33. | 0 |
| 34. Beneficiary's share of Connecticut fiduciary adjustment: Entered only if greater than zero. | 34. | 0 |
| 35. Loss on sale of Connecticut state and local government bonds | 35. | 0 |
| 36. Domestic production activities (from federal Form 1040, Line 35) | 36. | 0 |
| 37. Other - specify ● | 37. | 0 |
| 38. **Total additions:**  Add Lines 31 through 37. | 38. | 0 |
| 39. Interest on U.S. government obligations | 39. | 0 |
| 40. Exempt dividends from certain qualifying mutual funds derived from U.S. government obligations | 40. | 0 |
| 41. Social Security benefit adjustment (from Social Security Benefit Adjustment Worksheet) | 41. | 0 |
| 42. Refunds of state and local income taxes | 42. | 0 |
| 43. Tier 1 and Tier 2 railroad retirement benefits and supplemental annuities | 43. | 0 |
| 44. Military retirement pay | 44. | 0 |
| 45. 25% of Connecticut teacher's retirement pay | 45. | 0 |
| 46. Beneficiary's share of Connecticut fiduciary adjustment: Entered only if less than zero. | 46. | 0 |
| 47. Gain on sale of Connecticut state and local government bonds | 47. | 0 |
| 48. CHET contributions        Acct. #: | 48. | 0 |
| 49. Other - specify ● | 49. | 0 |
| 50. **Total subtractions:** Add Lines 39 through 49. | 50. | 0 |

### Schedule 2 - Credit for Income Taxes Paid to Qualifying Jurisdictions

| | | | |
|---|---|---:|---:|
| 51. Modified Connecticut adjusted gross income | 51. | 24000 | |
| | | **Col. A** | **Col. B** |
| 52. Qualifying jurisdiction's name and two-letter code          52. | | ● NEW YORK         ● NY | |
| 53. Non-Connecticut income included on Line 51 and reported on a qualifying jurisdiction's income tax return (from Schedule 2 worksheet) | 53. | 24000 | 0 |
| 54. Line 53 divided by Line 51 | 54. | 1.0000 | 0.0000 |
| 55. Income tax liability: Line 11 subtracted from Line 6. | 55. | 0 | 0 |
| 56. Line 54 multiplied by Line 55 | 56. | 0 | 0 |
| 57. Income tax paid to a qualifying jurisdiction | 57. | 259 | 0 |
| 58. Lesser of Line 56 or Line 57 | 58. | 0 | 0 |
| 59. Total credit: Add Line 58, all columns. | 59. | | 0 |

10401217V031555

REV 01/15/18 INT,IT CO,CRP,SP

**Form CT-1040**, Page 4 of 4

10401217V041555      • 540852976

### Schedule 3 - Property Tax Credit

N   65 years or older    N   One or more dependents on federal return

| Qualifying Property | Primary Residence | Auto 1 | Auto 2 |
|---|---|---|---|

Name of Connecticut Tax Town or District  •
Description of Property  •
Date(s) Paid  •

| Amount Paid | | | | | | |
|---|---|---|---|---|---|---|
| 60. | 0 | 61. | 0 | 62. | | 0 |

63. Total property tax paid: Add Lines 60, 61, and 62.    63.    0

64. Maximum property tax credit allowed    64.  •  200

65. Lesser of Line 63 or Line 64.    65.  •  0

66. Property tax credit limitation decimal amount: If zero, the amount from Line 65 is entered on Line 68.    66.  •  0.00

67. Line 65 multiplied by Line 66.    67.  •  0

68. Line 67 subtracted from Line 65.    68.    0

### Schedule 4 - Individual Use Tax

69a. Use tax at 1% (from Connecticut Individual Use Tax Worksheet, Section A, Column 7)    69a.    0

69b. Use tax at 6.35% (from Connecticut Individual Use Tax Worksheet, Section B, Column 7)    69b.    0

69c. Use tax at 7.75% (from Connecticut Individual Use Tax Worksheet, Section C, Column 7)    69c.    0

69.   Individual use tax: Add Lines 69a, 69b, and 69c.    69.  •  0

### Schedule 5 - Contributions to Designated Charities

70a. AR    70a.    0

70b. OT    70b.    0

70c. ES/W    70c.    0

70d. BCR    70d.    0

70e. SNS    70e.    0

70f. MR    70f.    0

70g. CBS    70g.    0

70h. MHCIA    70h.    0

70.   **Total Contributions:** Add Lines 70a through 70h.    70.    0

Taxpayer email

MELTHIE008@GMAIL.COM

## Employee Reference Copy

**W-2 Wage and Tax Statement 2017**

OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001085 CL IF/&MR | | A | 15 |

c Employer's name, address, and ZIP code

P3 INTERNATIONAL CORP
132 NASSAU ST STE 1103
NEW YORK NY 10038

Batch #01552

e/f Employee's name, address, and ZIP code

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3373311 | 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 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 24000.00 | 1130.04 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 24000.00 | 1488.00 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 24000.00 | 348.00 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Verification Code | 10 Dependent care benefits |
|---|---|
| 6a94-3ea0-77df-10aa | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-3373311 | 24000.00 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 667.92 | 24000.00 |

| 19 Local income tax | 20 Locality name |
|---|---|
| | NYC RES |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2017 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 24000.00 | Social Security Tax Withheld Box 4 of W-2 | 1488.00 | NY. State Income Tax Box 17 of W-2 | 667.92 |
| | | | | Local Income Tax Box 19 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 1130.00 | Medicare Tax Withheld Box 6 of W-2 | 348.00 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 |
| Reported W-2 Wages | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 | 24,000.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

Social Security Number: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
Taxable Marital Status: MARRIED

Exemptions/Allowances:
FEDERAL: 1
STATE: 1
LOCAL: 1   Tax Blocked

© 2017 ADP, LLC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 24000.00 | 1130.04 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 24000.00 | 1488.00 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 24000.00 | 348.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001085 CL IF/&MR | | A | 15 |

c Employer's name, address, and ZIP code

P3 INTERNATIONAL CORP
132 NASSAU ST STE 1103
NEW YORK NY 10038

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3373311 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Verification Code | 10 Dependent care benefits |
|---|---|
| 6a94-3ea0-77df-10aa | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-3373311 | 24000.00 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 667.92 | 24000.00 |

| 19 Local income tax | 20 Locality name |
|---|---|
| | NYC RES |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2017**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 24000.00 | 1130.04 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 24000.00 | 1488.00 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 24000.00 | 348.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001085 CL IF/&MR | | A | 15 |

c Employer's name, address, and ZIP code

P3 INTERNATIONAL CORP
132 NASSAU ST STE 1103
NEW YORK NY 10038

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3373311 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Verification Code | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a |
|---|---|
| | |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-3373311 | 24000.00 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 667.92 | 24000.00 |

| 19 Local income tax | 20 Locality name |
|---|---|
| | NYC RES |

**NY. State Filing Copy**
**W-2 Wage and Tax Statement 2017**
OMB No. 1545-0008
Copy 2 to be filed with your State Income Tax Return.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 24000.00 | 1130.04 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 24000.00 | 1488.00 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 24000.00 | 348.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001085 CL IF/&MR | | A | 15 |

c Employer's name, address, and ZIP code

P3 INTERNATIONAL CORP
132 NASSAU ST STE 1103
NEW YORK NY 10038

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 13-3373311 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Verification Code | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a |
|---|---|
| | |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-3373311 | 24000.00 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 667.92 | 24000.00 |

| 19 Local income tax | 20 Locality name |
|---|---|
| | NYC RES |

**City or Local Filing Copy**
**W-2 Wage and Tax Statement 2017**
OMB No. 1545-0008
Copy 2 to be filed with your City or Local Income Tax Return.

&MR 001085          0000510014  1

# Earnings Statement



P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

Period Beginning:     12/01/2017
Period Ending:        12/31/2017
Pay Date:             12/29/2017

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:          1
  NY:               1
  New York Cit:     1,Tax Blocked

**WALTER G SUMAJIT**
**10 WINDING LA**
**FLOOR 1**
**GREENWICH CT 06831**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 2000.00 |    | 2,000.00 |  |
| Gross Pay |  |  | $2,000.00 | 24,000.00 |

**Important Notes**
COMPANY PHONE NUMBER : (212) 741-7373

| Deductions | Statutory | | |
|------------|-----------|--|--|
|  | Federal Income Tax | -94.17 | 1,130.04 |
|  | Social Security Tax | -124.00 | 1,488.00 |
|  | Medicare Tax | -29.00 | 348.00 |
|  | NY State Income Tax | -55.66 | 667.92 |
|  | Net Pay | $1,697.17 |  |
|  | Checki | -1,697.17 |  |
|  | Net Check | $0.00 |  |

Your federal taxable wages this period are
$2,000.00

© 1996, 2006, ADP, LLC. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

Advice number:     00000510014
Pay date:          12/29/2017

**THIS IS NOT A CHECK**

**Deposited to the account of**
WALTER G SUMAJIT

| account number | transit ABA | amount |
|----------------|-------------|--------|
| XXXXX1309 | XXXX XXXX | $1,697.17 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

&MR 001085     0000470014 1

# Earnings Statement



P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

| | |
|---|---|
| Period Beginning: | 11/01/2017 |
| Period Ending: | 11/30/2017 |
| Pay Date: | 11/30/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:     1
  NY:     1
  New York Cit:   1,Tax Blocked

**WALTER G SUMAJIT**
**10 WINDING LA**
**FLOOR 1**
**GREENWICH CT 06831**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | |
| Gross Pay | | | $2,000.00 | 22,000.00 |

**Important Notes**
COMPANY PHONE NUMBER : (212) 741-7373

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.17 | 1,035.87 |
| | Social Security Tax | -124.00 | 1,364.00 |
| | Medicare Tax | -29.00 | 319.00 |
| | NY State Income Tax | -55.66 | 612.26 |
| | Net Pay | $1,697.17 | |
| | Checki | -1,697.17 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$2,000.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

| | |
|---|---|
| Advice number: | 00000470014 |
| Pay date: | 11/30/2017 |

**THIS IS NOT A CHECK**

Deposited to the account of
WALTER G SUMAJIT

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1309 | xxxx xxxx | $1,697.17 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

&MR 001085          0000430016  1

# Earnings Statement



P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

Period Beginning:     10/01/2017
Period Ending:        10/31/2017
Pay Date:             10/31/2017

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        1
  NY:             1
  New York Cit:   1,Tax Blocked

WALTER G SUMAJIT
10 WINDING LA
FLOOR 1
GREENWICH CT 06831

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2000.00 | | 2,000.00 | |
| Gross Pay | | | $2,000.00 | 20,000.00 |

**Important Notes**

COMPANY PHONE NUMBER : (212) 741-7373

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -94.17 | 941.70 |
| | Social Security Tax | -124.00 | 1,240.00 |
| | Medicare Tax | -29.00 | 290.00 |
| | NY State Income Tax | -55.66 | 556.60 |
| | Net Pay | $1,697.17 | |
| | Checki | -1,697.17 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$2,000.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, LLC

P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

Advice number:       00000430016
Pay date:            10/31/2017

Deposited to the account of
WALTER G SUMAJIT

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxx1309 | xxxx xxxx | $1,697.17 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.   FILE   DEPT.   CLOCK  VCHR. NO.   020
&MR  001085              0000390015  1

# Earnings Statement

**ADP**

P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

| | |
|---|---|
| Period Beginning: | 09/01/2017 |
| Period Ending: | 09/30/2017 |
| Pay Date: | 09/29/2017 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:        1
   NY:             1
   New York Cit.   1.Tax Blocked

**WALTER G SUMAJIT**
**10 WINDING LA**
**FLOOR 1**
**GREENWICH CT 06831**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | |
| | Gross Pay | | $2,000.00 | 18,000.00 |

**Important Notes**
COMPANY PHONE NUMBER : (212) 741-7373

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.17 | 847.53 |
| | Social Security Tax | -124.00 | 1,116.00 |
| | Medicare Tax | -29.00 | 261.00 |
| | NY State Income Tax | -55.66 | 500.94 |
| | Net Pay | $1,697.17 | |
| | Checki | -1,697.17 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$2,000.00

© 1998, 2006, ADP, LLC  All Rights Reserved

▲ TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

P3 INTERNATIONAL CORPORATION
132 NASSAU STREET
NEW YORK, NY 10038-2400
PHONE NO- (212) 741-7373

| | |
|---|---|
| Advice number: | 00000390015 |
| Pay date: | 09/29/2017 |

Deposited to the account of
**WALTER G SUMAJIT**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx1309 | xxxx  xxxx | $1,697.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.