# Derivative Spouse

# SUMAJIT, Melthie Conde

# DOB: 05/24/1971



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

| **Part 1. Information About Attorney or Accredited Representative** | **Part 2. Eligibility Information for Attorney or Accredited Representative** |

**Part 1. Information About Attorney or Accredited Representative**

1. USCIS Online Account Number (if any)
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name)   **KAYE**

2.b. Given Name (First Name)   **Allen**

2.c. Middle Name   **E**

*Address of Attorney or Accredited Representative*

3.a. Street Number and Name   **225 Broadway**

3.b. ☐ Apt. ☐ Ste. ☒ Flr.   **3**

3.c. City or Town   **New York**

3.d. State   **NY**    3.e. ZIP Code   **10007**

3.f. Province   [ ]

3.g. Postal Code   [ ]

3.h. Country   **USA**

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number   **2122338100**

5. Mobile Telephone Number (if any)   [ ]

6. Email Address (if any)   **aek@ppid.com**

7. Fax Number (if any)   **2122339238**

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority   **1307222**

1.b. Bar Number (if applicable)   **New York Supreme Court**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)   **Pollack Pollack Isaac and DeCicco LLP**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization   [ ]

2.c. Date of Accreditation (mm/dd/yyyy)   [ ]

3. ☐ I am associated with [ ], the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate   [ ]

---

Form G-28   05/23/18

Page 1 of 4

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-485 / Immigration Matters

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
> ▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)
> SUMAJIT

**6.b.** Given Name (First Name)
> Melthie

**6.c.** Middle Name
> Conde

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)
> ▶

**9.** Client's Alien Registration Number (A-Number) (if any)
> ▶ A-

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)
> **(917) 865-3525**

**12.** Email Address (if any)
> **melthie008@gmail.com**

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name
> **10 Winding Lane**

**13.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**13.c.** City or Town
> **Greenwhich**

**13.d.** State **CT**   **13.e.** ZIP Code **06831**

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country
> **USA**

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

1.a. ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

    **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a. Signature of Client or Authorized Signatory for an Entity

➡ ☒ [signature]

2.b. Date of Signature (mm/dd/yyyy)   11 / 9 / 18

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a.   Signature of Attorney or Accredited Representative

[signature]

1.b.   Date of Signature (mm/dd/yyyy)   11-16-18

2.a.   Signature of Law Student or Law Graduate

2.b.   Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a**  Family Name
(Last Name)

**1.b.**  Given Name
(First Name)

**1.c.**  Middle Name

**2.a.**  Page Number   **2.b.**  Part Number   **2.c.**  Item Number

**2.d.**

**3.a.**  Page Number   **3.b.**  Part Number   **3.c.**  Item Number

**3.d.**

**4.a.**  Page Number   **4.b.**  Part Number   **4.c.**  Item Number

**4.d.**

**5.a.**  Page Number   **5.b.**  Part Number   **5.c.**  Item Number

**5.d.**

**6.a.**  Page Number   **6.b.**  Part Number   **6.c.**  Item Number

**6.d.**

# Application to Register Permanent Residence
## or Adjust Status



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

| For USCIS Use Only | | |
|---|---|---|
| **Preference Category:** | **Receipt** | **Action Block** |
| **Country Chargeable:** | | |
| **Priority Date:** | | |
| **Date Form I-693 Received:** | | |

| | | Section of Law | |
|---|---|---|---|
| ☐ Applicant Interviewed | ☐ Interview Waived | ☐ INA 209(a) | ☐ INA 249 |
| Date of Initial Interview: _____ | | ☐ INA 209(b) | ☐ Sec. 13, Act of 9/11/57 |
| | | ☐ INA 245(a) | ☐ Cuban Adjustment Act |
| Lawful Permanent Resident as of: _____ | | ☐ INA 245(i) | ☐ Other _____ |
| | | ☐ INA 245(m) | |

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| ☒ **Select this box if Form G-28 is attached.** | **Volag Number** (if any) | **Attorney State Bar Number** (if applicable) 1307222 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |

▶ **START HERE - Type or print in black ink.**    A-Number ▶ A- [          ]

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

## Part 1. Information About You (Person applying for lawful permanent residence)

### Your Current Legal Name (do not provide a nickname)

**1.a.** Family Name (Last Name): **SUMAJIT**

**1.b.** Given Name (First Name): **Melthie**

**1.c.** Middle Name: **Conde**

### Other Names You Have Used Since Birth (if applicable)

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

**2.a.** Family Name (Last Name): **CONDE**

**2.b.** Given Name (First Name): **Melthie**

**2.c.** Middle Name: **Osic**

**3.a.** Family Name (Last Name):

**3.b.** Given Name (First Name):

**3.c.** Middle Name:

**4.a.** Family Name (Last Name):

**4.b.** Given Name (First Name):

**4.c.** Middle Name:

### Other Information About You

**5.** Date of Birth (mm/dd/yyyy): **05/24/1971**

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

**6.** Sex    ☐ Male    ☒ Female

**7.** City or Town of Birth: **Jabonga**

A-Number ▶ A- [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**Part 1. Information About You** (Person applying for lawful permanent residence) (continued)

8. Country of Birth

   **PHILIPPINES**

9. Country of Citizenship or Nationality

   **PHILIPPINES**

10. Alien Registration Number (A-Number) (if any)

    ▶ A- [ ]

    **NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information.**

11. USCIS Online Account Number (if any)

    ▶ [ ]

12. U.S. Social Security Number (if any)

    ▶ [ ]

## U.S. Mailing Address

13.a. In Care Of Name (if any)

   [ ]

13.b. Street Number and Name   **10 Winding Lane**

13.c. ☐ Apt. ☐ Ste. ☐ Flr. [ ]

13.d. City or Town   **Greenwich**

13.e. State   **CT**   13.f. ZIP Code   **06831**

## Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

   [ ]

14.b. Street Number and Name   [ ]

14.c. ☐ Apt. ☐ Ste. ☐ Flr. [ ]

14.d. City or Town   [ ]

14.e. State [ ]   14.f. ZIP Code [ ]

## Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival

    **XX3305186**

16. Travel Document Number Used at Last Arrival

    [ ]

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)   **03/20/2014**

18. Country that Issued this Passport or Travel Document

    **PHILIPPINES**

19. Nonimmigrant Visa Number from this Passport (if any)

    **51925788**

Place of Last Arrival into the United States

20.a. City or Town

    **New York**

20.b. State   **NY**

21. Date of Last Arrival (mm/dd/yyyy)   **04/15/2011**

When I last arrived in the United States, I:

22.a. ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

    **B2**

22.b. ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

    [ ]

22.c. ☐ Came into the United States without admission or parole.

22.d. ☐ Other:

    [ ]

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number

    ▶ [2] [3] [2] [4] [7] [4] [8] [2] [6] [2] [4]

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)   **01/15/2018**

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)

    **H4**

A-Number ▶ A- [ | | | | | | | | ]

## Part 1.  Information About You (Person applying for lawful permanent residence) (continued)

**24.**  What is your current immigration status (if it has changed since your arrival)?

> **I-485 Pending**

Provide your name exactly as it appears on your Form I-94 (if any)

**25.a.** Family Name (Last Name)  `SUMAJIT`

**25.b.** Given Name (First Name)  `MELTHIE`

**25.c.** Middle Name  `CONDE`

## Part 2.  Application Type or Filing Category

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** box).  (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

**1.a.**  **Family-based**

- [ ] Immediate relative of a U.S. citizen, Form I-130
- [ ] Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130
- [ ] Person admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)
- [ ] Widow or widower of a U.S. citizen, Form I-360
- [ ] VAWA self-petitioner, Form I-360

**1.b.**  **Employment-based**

- [ ] Alien worker, Form I-140
- [ ] Alien entrepreneur, Form I-526

**1.c.**  **Special Immigrant**

- [ ] Religious worker, Form I-360
- [ ] Special immigrant juvenile, Form I-360
- [ ] Certain Afghan or Iraqi national, Form I-360
- [ ] Certain international broadcaster, Form I-360
- [ ] Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

**1.d.**  **Asylee or Refugee**

- [ ] Asylum status (INA section 208), Form I-589 or Form I-730
- [ ] Refugee status (INA section 207), Form I-590 or Form I-730

**1.e.**  **Human Trafficking Victim or Crime Victim**

- [ ] Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A
- [ ] Crime victim (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

**1.f.**  **Special Programs Based on Certain Public Laws**

- [ ] The Cuban Adjustment Act
- [ ] The Cuban Adjustment Act for battered spouses and children
- [ ] Dependent status under the Haitian Refugee Immigrant Fairness Act
- [ ] Dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children
- [ ] Lautenberg Parolees
- [ ] Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)
- [ ] Indochinese Parole Adjustment Act of 2000

**1.g.**  **Additional Options**

- [ ] Diversity Visa program
- [ ] Continuous residence in the United States since before January 1, 1972 ("Registry")
- [ ] Individual born in the United States under diplomatic status
- [x] Other eligibility

> **I-140, Derivative Status for Spouse**

**2.**  Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)?

[ ] Yes  [x] No

**NOTE:** If you answered "Yes" to Item Number 2., you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status.  Fill out the rest of this application **and** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A).  For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 1.a. - 1.g.**) and Supplement A Instructions.

A-Number ▶ A-

---

## Part 2. Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**3.** Receipt Number of Underlying Petition (if any)

**4.** Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

| | | |
|---|---|---|
| **5.a.** | Family Name (Last Name) | SUMAJIT |
| **5.b.** | Given Name (First Name) | Walter |
| **5.c.** | Middle Name | Gadrinab |

**6.** Principal Applicant's A-Number (if any)
▶ A-

**7.** Principal Applicant's Date of Birth (mm/dd/yyyy) **08/23/1971**

**8.** Receipt Number of Principal's Underlying Petition (if any)
▶

**9.** Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

---

## Part 3. Additional Information About You

**1.** Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

**2.a.** City

**2.b.** Country

---

**3.** Decision (for example, approved, refused, denied, withdrawn)

**4.** Date of Decision (mm/dd/yyyy)

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

| | | |
|---|---|---|
| **5.a.** | Street Number and Name | 10 Winding Lane |
| **5.b.** | ☐ Apt. ☐ Ste. ☐ Flr. | |
| **5.c.** | City or Town | Greenwich |
| **5.d.** | State CT **5.e.** ZIP Code 06831 | |
| **5.f.** | Province | |
| **5.g.** | Postal Code | |
| **5.h.** | Country | USA |

Dates of Residence

**6.a.** From (mm/dd/yyyy) **08/30/2014**

**6.b.** To (mm/dd/yyyy) **Present**

Physical Address 2

| | | |
|---|---|---|
| **7.a.** | Street Number and Name | 90-50 52nd Avenue |
| **7.b.** | ☒ Apt. ☐ Ste. ☐ Flr. 1 | |
| **7.c.** | City or Town | Elmhurst |
| **7.d.** | State NY **7.e.** ZIP Code 11373 | |
| **7.f.** | Province | |
| **7.g.** | Postal Code | |
| **7.h.** | Country | USA |

---

A-Number ▶ A- ⬚⬚⬚⬚⬚⬚⬚⬚⬚

## Part 3. Additional Information About You (continued)

Dates of Residence

**8.a.** From (mm/dd/yyyy) `01/06/2014`

**8.b.** To (mm/dd/yyyy) `08/29/2014`

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.** Street Number and Name `Totesora Compound, Jupiter Street`

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr. `Pacheco Subd., City Heights`

**9.c.** City or Town `General Santos City`

**9.d.** State ⬚   **9.e.** ZIP Code ⬚

**9.f.** Province `South Cotabato`

**9.g.** Postal Code `9500`

**9.h.** Country `PHILIPPINES`

Dates of Residence

**10.a.** From (mm/dd/yyyy) `04/01/2009`

**10.b.** To (mm/dd/yyyy) `04/14/2011`

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Employer 1 (current or most recent)

**11.** Name of Employer or Company `NONE`

Address of Employer or Company

**12.a.** Street Number and Name ⬚

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr. ⬚

**12.c.** City or Town ⬚

**12.d.** State ⬚  **12.e.** ZIP Code ⬚

**12.f.** Province ⬚

**12.g.** Postal Code ⬚

**12.h.** Country ⬚

**13.** Your Occupation `Homemaker`

Dates of Employment

**14.a.** From (mm/dd/yyyy) ⬚

**14.b.** To (mm/dd/yyyy) ⬚

Employer 2

**15.** Name of Employer or Company ⬚

Address of Employer or Company

**16.a.** Street Number and Name ⬚

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr. ⬚

**16.c.** City or Town ⬚

**16.d.** State ⬚  **16.e.** ZIP Code ⬚

**16.f.** Province ⬚

**16.g.** Postal Code ⬚

**16.h.** Country ⬚

**17.** Your Occupation ⬚

Dates of Employment

**18.a.** From (mm/dd/yyyy) ⬚

**18.b.** To (mm/dd/yyyy) ⬚

A-Number ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 3.  Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

NONE

Address of Employer or Company

**20.a.** Street Number and Name

**20.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**20.c.** City or Town

**20.d.** State [ ]  **20.e.** ZIP Code

**20.f.** Province

**20.g.** Postal Code

**20.h.** Country

**21.** Your Occupation

Homemaker

Dates of Employment

**22.a.** From (mm/dd/yyyy)

**22.b.** To (mm/dd/yyyy)

## Part 4.  Information About Your Parents

### *Information About Your Parent 1*

Parent 1's Legal Name

**1.a.** Family Name (Last Name)   CONDE

**1.b.** Given Name (First Name)   Manolo

**1.c.** Middle Name   Magtasa

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** Date of Birth (mm/dd/yyyy)   01/19/1944

**4.** Sex   ☒ Male   ☐ Female

**5.** City or Town of Birth

Jabonga

**6.** Country of Birth

PHILIPPINES

**7.** Current City or Town of Residence (if living)

Iligan

**8.** Current Country of Residence (if living)

PHILIPPINES

### *Information About Your Parent 2*

Parent 2's Legal Name

**9.a.** Family Name (Last Name)   CONDE

**9.b.** Given Name (First Name)   Marietta

**9.c.** Middle Name   Osic

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)   OSIC

**10.b.** Given Name (First Name)   Marietta

**10.c.** Middle Name   Villamor

**11.** Date of Birth (mm/dd/yyyy)   02/03/1945

**12.** Sex   ☐ Male   ☒ Female

**13.** City or Town of Birth

Santa Cruz

**14.** Country of Birth

PHILIPPINES

**15.** Current City or Town of Residence (if living)

Butuan

**16.** Current Country of Residence (if living)

PHILIPPINES

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 5.  Information About Your Marital History

**1.**  What is your current marital status?

☐ Single, Never Married   ☒ Married   ☐ Divorced

☐ Widowed   ☐ Marriage Annulled

☐ Legally Separated

**2.**  If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

☐ N/A   ☐ Yes   ☒ No

**3.**  How many times have you been married (including annulled marriages and marriages to the same person)?

[ 1 ]

### *Information About Your Current Marriage (including if you are legally separated)*

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

**4.a.**  Family Name (Last Name)  **SUMAJIT**

**4.b.**  Given Name (First Name)  **Walter**

**4.c.**  Middle Name  **Gadrinab**

**5.**  A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**6.**  Current Spouse's Date of Birth (mm/dd/yyyy)

**08/23/1971**

**7.**  Date of Marriage to Current Spouse (mm/dd/yyyy)

**05/20/1994**

Current Spouse's Place of Birth

**8.a.**  City or Town  **Cagayan de Oro**

**8.b.**  State or Province  **Misamis Oriental**

**8.c.**  Country  **PHILIPPINES**

Place of Marriage to Current Spouse

**9.a.**  City or Town  **Cagayan de Oro**

**9.b.**  State or Province  **Misamis Oriental**

**9.c.**  Country  **PHILIPPINES**

**10.**  Is your current spouse applying with you?

☒ Yes   ☐ No

### *Information About Prior Marriages (if any)*

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse.  If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

**11.a.**  Family Name (Last Name)

**11.b.**  Given Name (First Name)

**11.c.**  Middle Name

**12.**  Prior Spouse's Date of Birth (mm/dd/yyyy)

**13.**  Date of Marriage to Prior Spouse (mm/dd/yyyy)

Place of Marriage to Prior Spouse

**14.a.**  City or Town

**14.b.**  State or Province

**14.c.**  Country

**15.**  Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy)

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 5.  Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

**16.b.** State or Province

**16.c.** Country

## Part 6.  Information About Your Children

**1.** Indicate the total number of ALL living children (including adult sons and daughters) that you have.

NOTE:  The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage. **4**

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information.**

Child 1

Current Legal Name

**2.a.** Family Name (Last Name) **SUMAJIT**

**2.b.** Given Name (First Name) **Jyroh**

**2.c.** Middle Name **Conde**

**3.** A-Number (if any)
▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**4.** Date of Birth (mm/dd/yyyy) **09/09/1995**

**5.** Country of Birth
**PHILIPPINES**

**6.** Is this child applying with you? ☐ Yes ☒ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name) **SUMAJIT**

**7.b.** Given Name (First Name) **Hyeje**

**7.c.** Middle Name **Conde**

**8.** A-Number (if any)
▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**9.** Date of Birth (mm/dd/yyyy) **01/05/1997**

**10.** Country of Birth
**PHILIPPINES**

**11.** Is this child applying with you? ☐ Yes ☒ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name) **SUMAJIT**

**12.b.** Given Name (First Name) **Nijah**

**12.c.** Middle Name **Conde**

**13.** A-Number (if any)
▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**14.** Date of Birth (mm/dd/yyyy) **06/02/1998**

**15.** Country of Birth
**PHILIPPINES**

**16.** Is this child applying with you? ☒ Yes ☐ No

## Part 7.  Biographic Information

**1.** Ethnicity (Select **only one** box)
☐ Hispanic or Latino
☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)
☐ White
☒ Asian
☐ Black or African American
☐ American Indian or Alaska Native
☐ Native Hawaiian or Other Pacific Islander

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ]

## Part 7.  Biographic Information  (continued)

**3.** Height          Feet [4]   Inches [11]

**4.** Weight          Pounds [ ][9][7]

**5.** Eye Color (Select **only one** box)

- [X] Black
- [ ] Blue
- [ ] Brown
- [ ] Gray
- [ ] Green
- [ ] Hazel
- [ ] Maroon
- [ ] Pink
- [ ] Unknown/Other

**6.** Hair Color (Select **only one** box)

- [ ] Bald (No hair)
- [X] Black
- [ ] Blond
- [ ] Brown
- [ ] Gray
- [ ] Red
- [ ] Sandy
- [ ] White
- [ ] Unknown/Other

## Part 8.  General Eligibility and Inadmissibility Grounds

**1.** Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?          [ ] Yes  [X] No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below.  If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**  If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

Organization 1

**2.** Name of Organization

[                                        ]

**3.a.** City or Town

[                                        ]

**3.b.** State or Province

[                                        ]

**3.c.** Country

[                                        ]

**4.** Nature of Group

[                                        ]

Dates of Membership or Dates of Involvement

**5.a.** From (mm/dd/yyyy)          [                    ]

**5.b.** To (mm/dd/yyyy)          [                    ]

Organization 2

**6.** Name of Organization

[                                        ]

**7.a.** City or Town

[                                        ]

**7.b.** State or Province

[                                        ]

**7.c.** Country

[                                        ]

**8.** Nature of Group

[                                        ]

Dates of Membership or Dates of Involvement

**9.a.** From (mm/dd/yyyy)          [                    ]

**9.b.** To (mm/dd/yyyy)          [                    ]

Organization 3

**10.** Name of Organization

[                                        ]

**11.a.** City or Town

[                                        ]

**11.b.** State or Province

[                                        ]

**11.c.** Country

[                                        ]

**12.** Nature of Group

[                                        ]

Dates of Membership or Dates of Involvement

**13.a.** From (mm/dd/yyyy)          [                    ]

**13.b.** To (mm/dd/yyyy)          [                    ]

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.**  Choose the answer that you think is correct.  If you answer "Yes" to any questions **(or if you answer "No," but are unsure of your answer)**, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

14.  Have you **EVER** been denied admission to the United States?  ☐ Yes  ☒ No

15.  Have you **EVER** been denied a visa to the United States?  ☒ Yes  ☐ No

16.  Have you **EVER** worked in the United States without authorization?  ☒ Yes  ☐ No

17.  Have you **EVER** violated the terms or conditions of your nonimmigrant status?  ☐ Yes  ☒ No

18.  Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings?  ☐ Yes  ☒ No

19.  Have you **EVER** been issued a final order of exclusion, deportation, or removal?  ☐ Yes  ☒ No

20.  Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated?  ☐ Yes  ☒ No

21.  Have you **EVER** held lawful permanent resident status which was later rescinded?  ☐ Yes  ☒ No

22.  Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time?  ☐ Yes  ☒ No

23.  Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation?  ☐ Yes  ☒ No

24.a.  Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 24.a.**, complete **Item Numbers 24.b. - 24.c.**  If you answered "No" to **Item Number 24.a.**, skip to **Item Number 25.**

24.b.  Have you complied with the foreign residence requirement?  ☐ Yes  ☐ No

24.c.  Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you?  ☐ Yes  ☐ No

### *Criminal Acts and Violations*

For **Item Numbers 25. - 45.**, you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.  You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world.  If you answer "Yes" to **Item Numbers 25. - 45.**, use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25.  Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)?  ☐ Yes  ☒ No

26.  Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)?  ☐ Yes  ☒ No

27.  Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)?  ☐ Yes  ☒ No

**NOTE:**  If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28.  Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)?  ☐ Yes  ☒ No

29.  Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)?  ☐ Yes  ☒ No

30.  Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country?  ☐ Yes  ☒ No

A-Number ▶ A-

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

31. Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more? ☐ Yes ☒ No

32. Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics? ☐ Yes ☒ No

33. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances? ☐ Yes ☒ No

34. Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

35. Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution? ☐ Yes ☒ No

36. Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

37. Have you **EVER** received any proceeds or money from prostitution? ☐ Yes ☒ No

38. Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States? ☐ Yes ☒ No

39. Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States? ☐ Yes ☒ No

40. Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms? ☐ Yes ☒ No

41. Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts? ☐ Yes ☒ No

42. Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery? Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion. ☐ Yes ☒ No

43. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery? ☐ Yes ☒ No

44. Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

45. Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity? ☐ Yes ☒ No

### Security and Related

Do you intend to:

46.a. Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States? ☐ Yes ☒ No

46.b. Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

46.c. Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States? ☐ Yes ☒ No

46.d. Engage in any activity that could endanger the welfare, safety, or security of the United States? ☐ Yes ☒ No

46.e. Engage in any other unlawful activity? ☐ Yes ☒ No

47. Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

A-Number ▶ A-☐☐☐☐☐☐☐☐☐

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER**:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following:  hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property? ☐ Yes ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.**? ☐ Yes ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.**? ☐ Yes ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.**? ☐ Yes ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.**? ☐ Yes ☒ No

**49.** Have you **EVER** received any type of military, paramilitary, or weapons training? ☐ Yes ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.**? ☐ Yes ☒ No

**NOTE:**  If you answered "Yes" to any part of **Item Numbers 46.a. - 50.**, explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information.**

Are you the spouse or child of an individual who **EVER**:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following:  hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property? ☐ Yes ☒ No

**51.b.** Participated in, or been a member or a representative of, a group or organization that did any of the activities described in **Item Number 51.a.**? ☐ Yes ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.**? ☐ Yes ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.**? ☐ Yes ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.**? ☐ Yes ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.**? ☐ Yes ☒ No

**NOTE:**  If you answered "Yes" to any part of **Item Number 51.**, explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

**52.** Have you **EVER** assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person? ☐ Yes ☒ No

**53.** Have you **EVER** worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons? ☐ Yes ☒ No

**54.** Have you **EVER** been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so? ☐ Yes ☒ No

**55.** Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group? ☐ Yes ☒ No

**56.** Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)? ☐ Yes ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany? ☐ Yes ☒ No

A-Number ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide? ☐ Yes ☒ No

**58.b.** Killing any person? ☐ Yes ☒ No

**58.c.** Intentionally and severely injuring any person? ☐ Yes ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened? ☐ Yes ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs? ☐ Yes ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group? ☐ Yes ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat? ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Assistance

**61.** Have you received public assistance in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)? ☐ Yes ☒ No

**62.** Are you likely to receive public assistance in the future in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)? ☐ Yes ☒ No

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997? ☐ Yes ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause? ☐ Yes ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States? ☐ Yes ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit? ☐ Yes ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States? ☐ Yes ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)? ☐ Yes ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents? ☐ Yes ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States? ☐ Yes ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled? ☐ Yes ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States? ☒ Yes ☐ No

**72.b.** For one year or more and then departed the United States? ☒ Yes ☐ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

A-Number ▶ A- [ | | | | | | | | ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate? ☐ Yes ☒ No

**73.b.** Having been deported, excluded, or removed from the United States? ☐ Yes ☒ No

### Miscellaneous Conduct

**74.**  Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**75.**  Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)? ☐ Yes ☒ No

**76.**  Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child? ☐ Yes ☒ No

**77.**  Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States? ☐ Yes ☒ No

**78.**  Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States? ☐ Yes ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national? ☐ Yes ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national? ☐ Yes ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces? ☐ Yes ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency? ☐ Yes ☒ No

**80.b.** If your answer to **Item Number 80.a.** is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

[ ]

## Part 9.  Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.**  Are you requesting an accommodation because of your disabilities and/or impairments? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation.  (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

_____

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

_____

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

_____

A-Number  ▶  A- ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

## Part 10.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part.  You must file Form I-485 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**  If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

_____

a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 12.**,

| Allen E Kaye |
|---|

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

_____

**4.** Applicant's Mobile Telephone Number (if any)

| (917) 865-3525 |
|---|

**5.** Applicant's Email Address (if any)

| melthie008@gmail.com |
|---|

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.a.** Applicant's Signature (sign in ink)

▶ _____

**6.b.** Date of Signature (mm/dd/yyyy)  | 11/9/18 |

**NOTE TO ALL APPLICANTS:**  If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ]

### Part 11.  Interpreter's Contact Information, Certification, and Signature (continued)

#### Interpreter's Mailing Address

**3.a.** Street Number and Name [                    ]

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr. [                    ]

**3.c.** City or Town [                    ]

**3.d.** State [    ]   **3.e.** ZIP Code [              ]

**3.f.** Province [                    ]

**3.g.** Postal Code [                    ]

**3.h.** Country [                    ]

#### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number [                    ]

**5.** Interpreter's Mobile Telephone Number (if any) [                    ]

**6.** Interpreter's Email Address (if any) [                    ]

#### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ], which is the same language specified in **Part 10., Item Number 1.b.,** and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

#### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink) [                    ]

**7.b.** Date of Signature (mm/dd/yyyy) [              ]

### Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

#### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name) [ KAYE ]

**1.b.** Preparer's Given Name (First Name) [ Allen ]

**2.** Preparer's Business or Organization Name (if any) [ Pollack Pollack Isaac and DeCicco LLP ]

#### Preparer's Mailing Address

**3.a.** Street Number and Name [ 225 Broadway ]

**3.b.** ☐ Apt. ☐ Ste. ☒ Flr. [ 3 ]

**3.c.** City or Town [ New York ]

**3.d.** State [ NY ]   **3.e.** ZIP Code [ 10007 ]

**3.f.** Province [                    ]

**3.g.** Postal Code [                    ]

**3.h.** Country [ USA ]

#### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number [ (212) 233-8100 ]

**5.** Preparer's Mobile Telephone Number (if any) [                    ]

**6.** Preparer's Email Address (if any) [ aek@ppid.com ]

A-Number ▶ A-

## Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

NOTE: If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature (sign in ink)

8.b. Date of Signature (mm/dd/yyyy)  |11-16-18|

NOTE:  Do not complete Part 13. until the USCIS Officer instructs you to do so at the interview.

## Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application, **numbered** [ ] **through** [ ], are complete, true, and correct.  All additional pages submitted by me with this Form I-485, **on numbered pages** [ ] **through** [ ] are complete, true, and correct.  All documents submitted at this interview were provided by me and are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

Date of Signature (mm/dd/yyyy)

Applicant's Signature (sign in ink)

USCIS Officer's Signature (sign in ink)

A-Number ▶ A- ☐☐☐☐☐☐☐☐☐

## Part 14.  Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)     SUMAJIT

**1.b.** Given Name (First Name)     Melthie

**1.c.** Middle Name     Conde

**2.** A-Number (if any) ▶ A- ☐☐☐☐☐☐☐☐☐

**3.a.** Page Number     4

**3.b.** Part Number     3

**3.c.** Item Number     5.a

**3.d.** Physical Address 3:

31-08 28th Avenue, 1st Floor
Astoria, NY 11102

From: 05/28/2012

To: 01/06/2014

**4.a.** Page Number     8

**4.b.** Part Number     6

**4.c.** Item Number     2.a

**4.d.** Child 4:

Family Name: SUMAJIT

Given Name: Jesah

Middle Name: Conde

Date of Birth: 03/14/2000

Country of Birth: PHILIPPINES

Is this child applying with you? YES

**5.a.** Page Number     10

**5.b.** Part Number     8

**5.c.** Item Number     15

**5.d.** Applicant provided accurate information in her application for a visitor visa in 2001 but it was denied.

**6.a.** Page Number     10 & 13

**6.b.** Part Number     8

**6.c.** Item Number     16, 72.a & b

**6.d.** I arrived in the US in January of 2005 on a B2 10-year multiple entry visa and stayed at a friend's house in Queens until April 2007. I was born with scoliosis and learned that the US has the best treatment options for this incurable disease. I researched the best doctors and treatment options during that time and supported myself through work as a part time nanny during both years. I returned with my husband on a B2 visa to the US in 2011 and am currently being treated for Scoliosis at Hudson Valley Scoliosis Correction Center in New York.

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

**Part 1. Information About Attorney or Accredited Representative**

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)  **KAYE**

**2.b.** Given Name (First Name)  **Allen**

**2.c.** Middle Name  **E**

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name  **225 Broadway**

**3.b.** [ ] Apt.  [ ] Ste.  [X] Flr.  **3**

**3.c.** City or Town  **New York**

**3.d.** State  **NY**   **3.e.** ZIP Code  **10007**

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country  **USA**

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number  **2122338100**

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)  **aek@ppid.com**

**7.** Fax Number (if any)  **2122339238**

---

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

**1.a.** [X] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority  **1307222**

**1.b.** Bar Number (if applicable)  **New York Supreme Court**

**1.c.** I (select **only one** box) [X] am not  [ ] am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)  **Pollack Pollack Isaac and DeCicco LLP**

**2.a.** [ ] I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** [ ] I am associated with

_____ , the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** [ ] I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-765

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

> ▶ [                    ]

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   **SUMAJIT**

**6.b.** Given Name (First Name)   **Melthie**

**6.c.** Middle Name   **Conde**

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

> ▶ [                    ]

**9.** Client's Alien Registration Number (A-Number) (if any)

> ▶ A- [                    ]

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

> **(917) 865-3525**

**12.** Email Address (if any)

> **melthie008@gmail.com**

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   **10 Winding Lane**

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   **Greenwhich**

**13.d.** State **CT**   **13.e.** ZIP Code **06831**

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> **USA**

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

1.a.  ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b.  ☐  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

     **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c.  ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a.  Signature of Client or Authorized Signatory for an Entity

➡ X _____

2.b.  Date of Signature (mm/dd/yyyy)  11 9 18

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a.  Signature of Attorney or Accredited Representative

_Cui, EV_

1.b.  Date of Signature (mm/dd/yyyy)  11-16-18

2.a.  Signature of Law Student or Law Graduate

2.b.  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a**   Family Name
(Last Name)

**1.b.**   Given Name
(First Name)

**1.c.**   Middle Name

**2.a.**   Page Number     **2.b.**   Part Number     **2.c.**   Item Number

**2.d.**

**3.a.**   Page Number     **3.b.**   Part Number     **3.c.**   Item Number

**3.d.**

**4.a.**   Page Number     **4.b.**   Part Number     **4.c.**   Item Number

**4.d.**

**5.a.**   Page Number     **5.b.**   Part Number     **5.c.**   Item Number

**5.d.**

**6.a.**   Page Number     **6.b.**   Part Number     **6.c.**   Item Number

**6.d.**

# Application For Employment Authorization

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 05/31/2020

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

| For USCIS Use Only | ☐ **Authorization/Extension Valid From** _____  ☐ **Authorization/Extension Valid Through** _____ | **Fee Stamp** | **Action Block** |
|---|---|---|---|
| | **Alien Registration Number**  A- [ ][ ][ ][ ][ ][ ][ ][ ] | | |
| | **Remarks** | | |

| **To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative** (if any). | ☒ **Select this box if Form G-28 is attached.** | **Attorney or Accredited Representative USCIS Online Account Number** (if any) [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] |
|---|---|---|

▶  **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

**I am applying for** (select **only one** box):

**1.a.** ☒ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

> **NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

**1.a.** Family Name (Last Name)   `SUMAJIT`

**1.b.** Given Name (First Name)   `Melthie`

**1.c.** Middle Name   `Conde`

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**2.a.** Family Name (Last Name)   `CONDE`

**2.b.** Given Name (First Name)   `Melthie`

**2.c.** Middle Name   `Osic`

**3.a.** Family Name (Last Name)   

**3.b.** Given Name (First Name)   

**3.c.** Middle Name   

**4.a.** Family Name (Last Name)   

**4.b.** Given Name (First Name)   

**4.c.** Middle Name

## Part 2. Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name: 10 Winding Lane

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town: Greenwich

**5.e.** State: CT  **5.f.** ZIP Code: 06831

**6.** Is your current mailing address the same as your physical address?  ☒ Yes  ☐ No

NOTE: If you answered "No" to Item Number 6., provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name

**7.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**7.c.** City or Town

**7.d.** State  **7.e.** ZIP Code

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
▶ A-

**9.** USCIS Online Account Number (if any)
▶

**10.** Gender  ☐ Male  ☒ Female

**11.** Marital Status  ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

**12.** Have you previously filed Form I-765?  ☐ Yes  ☒ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?  ☐ Yes  ☒ No

NOTE: If you answered "No" to Item Number 13.a., skip to Item Number 14. If you answered "Yes" to Item Number 13.a., provide the information requested in Item Number 13.b.

**13.b.** Provide your Social Security number (SSN) (if known).
▶

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to Item Number 15., Consent for Disclosure, to receive a card.)  ☒ Yes  ☐ No

NOTE: If you answered "No" to Item Number 14., skip to Part 2., Item Number 18.a. If you answered "Yes" to Item Number 14., you must also answer "Yes" to Item Number 15.

**15.** Consent for Disclosure: I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.  ☒ Yes  ☐ No

NOTE: If you answered "Yes" to Item Numbers 14. - 15., provide the information requested in Item Numbers 16.a. - 17.b.

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name): CONDE

**16.b.** Given Name (First Name): Manolo

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name): OSIC

**17.b.** Given Name (First Name): Marietta

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in Part 6. Additional Information.

**18.a.** Country: PHILIPPINES

**18.b.** Country: PHILIPPINES

## Part 2. Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

Jabonga

**19.b.** State/Province of Birth

Agusan del Norte

**19.c.** Country of Birth

PHILIPPINES

**20.** Date of Birth (mm/dd/yyyy)

05/24/1971

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)

▶ 2 3 2 4 7 4 8 2 6 2 4

**21.b.** Passport Number of Your Most Recently Issued Passport

EC0892377

**21.c.** Travel Document Number (if any)

**21.d.** Country That Issued Your Passport or Travel Document

PHILIPPINES

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)

04/21/2019

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)

04/15/2011

**23.** Place of Your Last Arrival Into the United States

New York, NY

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

B2

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

H4 (I-485 Pending)

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)

▶ N-

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( c ) ( 9 ) ( )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category **(c)(3)(C)** in **Item Number 27.**, provide the information requested in **Item Numbers 28.a - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.

▶

**30.** **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?

☐ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** in the **Required Documentation** section of the Form I-765 Instructions for information about providing court dispositions.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.

▶

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?

☐ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in _____ , a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 5.**,

Allen E Kaye

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

_____

**4.** Applicant's Mobile Telephone Number (if any)

(917) 865-3525

**5.** Applicant's Email Address (if any)

melthie008@gmail.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of the information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

➡ _____

**7.b.** Date of Signature (mm/dd/yyyy)   11 / 9 / 18

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

## Part 4. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____,
which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

KAYE

**1.b.** Preparer's Given Name (First Name)

Allen

**2.** Preparer's Business or Organization Name (if any)

Pollack Pollack Isaac and DeCicco LLP

### Preparer's Mailing Address

**3.a.** Street Number and Name    225 Broadway

**3.b.** ☐ Apt. ☐ Ste. ☒ Flr.    3

**3.c.** City or Town    New York

**3.d.** State  NY    **3.e.** ZIP Code  10007

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(212) 233-8100

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

aek@ppid.com

**Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant** (continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

7.b. ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited ay need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature

8.b. Date of Signature (mm/dd/yyyy)   11-16-18

## Part 6. Additional Information

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  `SUMAJIT`

**1.b.** Given Name (First Name)  `Melthie`

**1.c.** Middle Name  `Conde`

**2.** A-Number (if any) ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ]

**3.a.** Page Number [ ]   **3.b.** Part Number [ ]   **3.c.** Item Number [ ]

**3.d.**

**4.a.** Page Number [ ]   **4.b.** Part Number [ ]   **4.c.** Item Number [ ]

**4.d.**

**5.a.** Page Number [ ]   **5.b.** Part Number [ ]   **5.c.** Item Number [ ]

**5.d.**

**6.a.** Page Number [ ]   **6.b.** Part Number [ ]   **6.c.** Item Number [ ]

**6.d.**

**7.a.** Page Number [ ]   **7.b.** Part Number [ ]   **7.c.** Item Number [ ]

**7.d.**

I-485

PHOTOS

SUMAJIT,
MELTHIE C
DOB: 05/24/1971

MGA PAGTATAKDA-LIMITATIONS

REPUBLIKA NG PILIPINAS / REPUBLIC OF THE PHILIPPINES

PASAPORTE
PASSPORT                    P        PHL                EC08923778

Apelyido / Surname
SUMAJIT

Pangalan / Given names
MELTHIE

Panggitnang apelyido / Middle name
CONDE

Araw ng kapanganakan / Date of birth
24 May 71                              FILIPINO

Kasarian / Sex        Pook ng kapanganakan / Place of birth
F                     JABONGA ADN

Araw ng pagkakaloob / Date of issue
22 Apr 14                              PCG NEW YORK

Araw ng pagtatapos / Valid until
21 Apr 19

P<PHLSUMAJIT<<MELTHIE<<<<<<<<<<<<<<<<<<<<<<<<<
EC08923778PHL7105247F1904219<<<<<<<<<<<<<<06



Not Valid for Travel to Iraq
غير صالح للسفر إلى العراق

MGA PAGTATAKDA–LIMITATIONS

3

REPUBLIKA NG PILIPINAS / REPUBLIC OF THE PHILIPPINES

PASAPORTE / PASSPORT

Uri/Type: P
Kodigo ng bansa/Country code: PHL
Pasaporte Nbr/Passport nr: XX3305186

Apelyido/Surname
SUMAJIT
Pangalan/Given names
MELTHIE
Pangalawang apelyido/Middle name
CONDE
Araw ng kapanganakan/Date of birth
24 May 1971
Pook ng kapanganakan/Place of birth
JABONGA ADN

Kasarian/Sex
F
Nasyonalidad/Nationality
FILIPINO

Araw ng pagkakaloob/Date of issue
21 Mar 2009
Fetsa ng pagkawalang bisa/Valid until
20 Mar 2014

Maykapangyarihang magkaloob/Issuing Authority
DFA CONSULAR OFFICE
GENERAL SANTOS

P<PHLSUMAJIT<<MELTHIE<<<<<<<<<<<<<<<<<<<<<<<
XX330517 6PHL7105247F1403206<<<<<< <<<<<<08



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB No. 1651-0111

Departure Record
Admission Number

232474826    24    APR 1 5 2011

B2

OCT 1 4 2011

Family Name
S U M A J I T

First (Given) Name
M E L T H I E

Birth Date (DD/MM/YY)
2 4 0 5 7 1

Country of Citizenship
P H I L I P P I N E S

CBP Form 194 (05/08)



232474826 24

Receipt Number EAC-14-166-50773
United States Citizenship and Immigration
Services

I-94
Departure Record     Petitioner: SUMAJIT, MELTH

| 14. Family Name | |
| SUMAJIT | |
| 15. First (Given) Name | 16. Date of Birth |
| MELTHIE | 05/24/1971 |
| 17. Country of Citizenship | |
| PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

2

232474826 24

Receipt Number EAC-11-232-51122
United States Citizenship and Immigration
Services

I-94
Departure Record     Petitioner: SUMAJIT, MELTHI

| 14. Family Name | |
| SUMAJIT | |
| 15. First (Given) Name | 16. Date of Birth |
| MELTHIE | 05/24/1971 |
| 17. Country of Citizenship | |
| PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

1

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection                     OMB No. 1651-0111

Departure Record
Admission Number

232474826  24     APR 1 5 2011

OCT 1 4 2011

Family Name
S U M A J I T
First (Given) Name              20. Birth Date (DD/MM/YY)
M E L T H I E                   2 4 0 5 7 1
Country of Citizenship
P H I L I P P I N E S

**KOREAN AIR**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC1890040734 | | Case Type I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 01/09/2018 | Priority Date | Applicant SUMAJIT, WALTER GADRINAB |
| Notice Date 07/19/2018 | Page 1 of 1 | |

WALTER GADRINAB SUMAJIT
c/o ALLEN E KAYE
POLLACK POLLACK ISAAC DECICCO
225 BROADWAY FLR 3
NEW YORK NY 10007

**Notice Type:** Transfer Notice

In order to speed up processing, we transferred the application or petition ("your case") listed above to the following USCIS office for processing:

CALIFORNIA SERVICE CENTER, 24000 Avila Road 2nd Flr, Laguna Niguel, CA 92677

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: 1-800-375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 11, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-539, Application to Extend-Change Nonimmigrant Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| EAC1890040734 | January 09, 2018 | 1 of 1 |
| | | DATE OF BIRTH |
| | | August 23, 1971 |

**PAYMENT INFORMATION:**

WALTER G. SUMAJIT
C/O ALLEN E. KAYE POLLACK POLLACK ISAAC DECICCO
225 BROADWAY FLR 3     2  00000127
NEW YORK, NY  10007

| | |
|---|---|
| Application/Petition Fee: | $370.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $370.00 |
| Total Balance Due: | $0.00 |

|||||||||||||||||||||||||||||||||

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-539, Application to Extend-Change Nonimmigrant Status you submitted has been received by our office for the following applicants and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| SUMAJIT, WALTER | 8/23/1971 | PHILIPPINES | B2 |
| SUMAJIT, MELTHIE | 5/24/1971 | PHILIPPINES | |
| SUMAJIT, JESAH | 3/14/2000 | PHILIPPINES | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479-0001

**USCIS Customer Service Number:**

(800)375-5283

ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14 Y

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC1723851653 | | Case Type I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 08/29/2017 | Priority Date | Applicant SUMAJIT, MELTHIE CONDE |
| Notice Date 02/21/2018 | Page 1 of 1 | Beneficiary See Below |

| | |
|---|---|
| MELTHIE CONDE SUMAJIT<br>10 WINDING LANE FLR 1<br>GREENWICH CT 06831 | Notice Type: Approval Notice<br>Class: H4<br>Valid from 10/02/2017 to 01/05/2018 |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The I-94 attached below may contain a grace period of up to 10 days before and up to 10 days after the above validity period, if such grace period is authorized by the principal alien's nonimmigrant classification. The following principal alien nonimmigrant classifications may be eligible for a grace period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. Dependents of principal H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the above validity period.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States.

Please read the back of this form carefully for more information.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| SUMAJIT, MELTHIE CONDE | 05/24/1971 | PHILIPPINES | H4 |
| SUMAJIT, HYEJE CONDE | 01/05/1997 | PHILIPPINES | H4 |
| SUMAJIT, NIJAH CONDE | 06/02/1998 | PHILIPPINES | H4 |
| SUMAJIT, JESAH CONDE | 03/14/2000 | PHILIPPINES | H4 |

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14 Y

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| EAC1723851653 | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 08/29/2017 | | SUMAJIT, MELTHIE CONDE |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 02/21/2018 | 1 of 1 | SUMAJIT, MELTHIE CONDE |

MELTHIE CONDE SUMAJIT
c/o ALEXANDER ROJAS ESQ
BARST MUKAMAL & KLEINER LLP
2 PARK AVE 19TH FL
NEW YORK NY 10016

**Notice Type:** Approval Notice
Class: H4
Valid from 10/02/2017 to 01/05/2018

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The I-94 attached below may contain a grace period of up to 10 days before and up to 10 days after the above validity period. if such grace period is authorized by the principal alien's nonimmigrant classification. The following principal alien nonimmigrant classifications may be eligible for a grace period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. Dependents of principal H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the above validity period.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States.

Please read the back of this form carefully for more information.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001
Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

**Receipt#** EAC1723851653
**I-94#** 232474826 24
**NAME** SUMAJIT, MELTHIE CONDE
**CLASS** H4
**VALID FROM** 10/02/2017 **UNTIL** 01/15/2018

**APPLICANT**
SUMAJIT, MELTHIE CONDE
10 WINDING LANE FLR 1
GREENWICH CT 06831

232474826 24

**Receipt Number** EAC1723851653
**US Citizenship and Immigration Services**

**I94 Departure Record**
**Applicant:** SUMAJIT, MELTHIE

| 14. Family Name | |
|---|---|
| SUMAJIT | |
| 15. First (Given) Name | 16. Date of Birth |
| MELTHIE | 05/24/1971 |
| 17. Country of Citizenship | |
| PHILIPPINES | |

FORM I-797A (REV. 08/01/16)

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** EAC-14-166-50773 | **CASE TYPE** I539 APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| **RECEIPT DATE** May 22, 2014 | **PRIORITY DATE** | **APPLICANT** SUMAJIT, MELTHIE C. |
| **NOTICE DATE** August 4, 2014 | **PAGE** 1 of 1 | **BENEFICIARY** SUMAJIT, MELTHIE C. |

| | |
|---|---|
| STEPHEN SINGER ESQ<br>BARST MUKAMAL KLEINER LLP<br>2 PARK AVE 19TH FLOOR<br>NEW YORK NY 10016 | Notice Type: Approval Notice<br>Class: H4<br>Valid from 10/02/2014 to 10/01/2017 |

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States.

Please read the back of this form carefully for more information.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS   VT   05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N



---

Detach This Half for Personal Records

Receipt# EAC-14-166-50773
I-94# 232474826 24
NAME SUMAJIT, MELTHIE C.
CLASS H4

VALID FROM 10/02/2014 UNTIL 10/01/2017

PETITIONER: SUMAJIT, MELTHIE C.
              2 PARK AVE 19TH FLOOR
              NEW YORK NY 10016

---

**232474826 24**
Receipt Number EAC-14-166-50773
United States Citizenship and Immigration Services

I-94
Departure Record        Petitioner: SUMAJIT, MELTH

| 14 Family Name SUMAJIT | |
|---|---|
| 15 First (Given) Name MELTHIE | 16 Date of Birth 05/24/1971 |
| 17 Country of Citizenship PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-11-232-51122 | | CASE TYPE I539 APPLICATION TO EXTEND/CHANGE<br>NONIMMIGRANT STATUS |
|---|---|---|
| RECEIPT DATE<br>August 18, 2011 | PRIORITY DATE | APPLICANT<br>SUMAJIT, MELTHIE C. |
| NOTICE DATE<br>January 17, 2012 | PAGE<br>1 of 1 | BENEFICIARY<br>SUMAJIT, MELTHIE C. |

STEPHEN SINGER ESQ
BARST MUKAMAL & KLEINER LLP
2 PARK AVENUE 19TH FL
NEW YORK NY 10016

Notice Type: Approval Notice
Class: H4
Valid from 01/09/2012 to 10/01/2014

The above application for change of nonimmigrant status is approved. The new status is listed above. The length of authorized temporary stay in this status for the named applicant(s) is also listed above. The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal Alien who has authorized employment in the United States.

The lower portion of this notice should be attached to the previous Form I-94, Departure Record. The I-94 portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. If any person included in this application must depart the U.S., he or she may wish to take this notice to facilitate his or her return to this status. If a visa is required, he or she must obtain a new visa in the new classification before returning to the U.S.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS

VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS   VT   05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt# EAC-11-232-51122
I-94# 232474826 24
NAME SUMAJIT, MELTHIE C.
CLASS H4

VALID FROM 01/09/2012 UNTIL 10/01/2014

PETITIONER: SUMAJIT, MELTHIE C.
2 PARK AVENUE APT 19TH FLOOR
NEW YORK NY 10016

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

**232474826 24**
Receipt Number EAC-11-232-51122
United States Citizenship and Immigration Services
I-94
Departure Record     Petitioner: SUMAJIT, MELTHI

| 14. Family Name<br>SUMAJIT | |
|---|---|
| 15. First (Given) Name<br>MELTHIE | 16. Date of Birth<br>05/24/1971 |
| 17. Country of Citizenship<br>PHILIPPINES | |

7695789

17563736

MUNICIPAL FORM No. 102— (Revised Dec. 1, 1952)

(*** TO BE ACCOMPLISHED IN DUPLICATE)

REPUBLIC OF THE PHILIPPINES

# CERTIFICATE OF LIVE BIRTH

(FILL OUT COMPLETELY, ACCURATELY, LEGIBLY IN INK OR TYPEWRITER)

Province: Agusan del Norte          Register Number:

City or Municipality: Jabonga          (a) Civil Registrar-General No. _____

          (b) Local Civil Register No. _____

| 1. PLACE OF BIRTH | | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) | |
|---|---|---|---|
| a. PROVINCE Agusan del Norte | | a. PROVINCE Agusan del Norte | |
| b. CITY OR MUNICIPALITY Jabonga | | b. CITY OR MUNICIPALITY Jabonga | |
| c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address) | | c. NUMBER AND STREET | |
| d. Is PLACE OF BIRTH INSIDE CITY LIMITS? | | d. Is RESIDENCE INSIDE CITY LIMITS? | e. Is RESIDENCE ON A FARM? |
| Yes ☐   No ☑ | | Yes ☐   No ☑ | Yes ☐   No ☑ |

CHILD

| 3. NAME (Type or print) | MELANIE | OSIC | CORDE |
|---|---|---|---|
| | First | Middle | Last |

| 4. SEX Female | 5a. THIS BIRTH SINGLE ☑  TWIN ☐  TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD 1ST ☐  2ND ☐  3RD ☐ | 6. DATE OF BIRTH Month May Day 24 Year 1971 |

FATHER

| 7. NAME RADUEL MANTABA CORDE | | 8. RELIGION R.C. | 9. NATIONALITY FILO. | 9a. RESIDENCE |
|---|---|---|---|---|
| 9. AGE (At time of this birth) Years 27 | 10. BIRTHPLACE Jabonga, Agusan del Norte | 11a. USUAL OCCUPATION Gov't. Employee | 11b. KIND OF BUSINESS OR INDUSTRY | |

MOTHER

| 12. MAIDEN NAME MARGARITA V. OSIC | | RELIGION R.C. | 13. NATIONALITY FILO. | 13a. RESIDENCE |
|---|---|---|---|---|
| 14. AGE (At time of this birth) Years 23 | 15. BIRTHPLACE Sta. Cruz, Placer, Surigao | 16. PREVIOUS DELIVERIES TO MOTHER (Do not include this birth) | | |

| | a. How many children are now living? 3 | b. How many other children were born alive but are now dead? None | c. How many fetuses born dead each time after 20 weeks None |
|---|---|---|---|

| 17a. INFORMANT'S SIGNATURE & NAME IN PRINT: MONICA C. NEROY (Untia) | |
|---|---|
| b. ADDRESS: Jabonga, Agusan del Norte | |

18. MOTHER'S MAILING ADDRESS: (Number, Street, City or Municipality, Province)

| 19. I HEREBY CERTIFY that I attended the birth of this child who was born alive at ____ o'clock ____ M. on the date above indicated. | ATTENDANT AT BIRTH |
|---|---|
| a. SIGNATURE: | b. DATE SIGNED BY ATTENDANT AT BIRTH: |
| b. NAME IN PRINT: CORAZON CORDE | TITLE OF ATTENDANT AT BIRTH: ☐ M. D.   ☐ MIDWIFE |
| c. ADDRESS: Jabonga, Agusan del Norte | ☐ NURSE   ☐ OTHERS (Specify) |

| 20. RECEIVED IN THIS OFFICE OF THE LOCAL REGISTRAR BY: | 21. a. GIVEN NAME ADDED FROM SUPPLEMENTAL REPORT: |
|---|---|
| a. SIGNATURE: | |
| b. NAME IN PRINT: | b. DATE WHEN GIVEN NAME WAS SUPPLIED: |
| c. TITLE OR POSITION: | |
| d. DATE: | 1250 |

| 22a. LENGTH OF PREGNANCY COMPLETED WEEKS: | 22b. WEIGHT AT BIRTH Lbs. ____ Oz. ____ | 23. LEGITIMATE ☐ Yes   ☐ No |
|---|---|---|

| 24. DATE AND PLACE OF MARRIAGE OF PARENTS (For legitimate birth) Dec. 19 1966 (Month & Day) Jabonga (Date) Agusan Norte City or Municipality Province | 25. THIS CERTIFICATE IS PREPARED BY SIGNATURE: NAME IN PRINT: MARINA M. ESPELITA TITLE OR POSITION: Clerk DATE: 6/15/71 |
|---|---|

19—330          (SPACE FOR MEDICAL AND HEALTH ITEMS FOR SPECIAL PURPOSES)

257

IMPORTANT: DO NOT DETACH. LOCAL CIVIL REGISTRAR MUST ACCOMPLISH THIS PORTION

RESERVE FOR BINDING

(Marginal numbering)
1.(a)
1.(b)
1.(c)
2
2.(a)
4.
5.(a)
5.(b)
6.
9.
11.(a)
11.(b)
13.
14.
16.(a)
16.(b)
16.(c)
19.(a)
22.(a)
22.(b)
23.

16718913

| Municipal Form No. 97 (Form No. 13) (Revised January 1993) | (To be accomplished in quadruplicate) | REMARKS/ANNOTATION |
|---|---|---|

Republic of the Philippines

# CERTIFICATE OF MARRIAGE

A CERTIFIED TRUE COPY FROM THE ORIGINAL:

Province: Misamis Oriental
City/Municipality: Cagayan de Oro City

Registry No: 94-1,240

| | (HUSBAND) | (WIFE) | FOR OCRG USE ONLY: |
|---|---|---|---|
| Name of Contracting Parties | WALTER G. SUMAJIT | MELTHIE O. CONDE | Population Reference No. (Husband) |
| Date of Birth/Age | 22 years old | 22 years old | (Wife) |
| Place of Birth | | | |
| Sex (Male or Female) | | | TO BE FILLED UP AT THE OFFICE OF THE CIVIL REGISTRAR |
| Citizenship | Filipino | Filipino | 80 |
| Residence | Gusa, Cagayan de Oro City | Tubod, Iligan City | |
| Religion | | | |
| Civil Status | Single | Single | 87 |
| Name of Father | Bonifacio S. Sumajit | Manolo M. Conde | 88 / 90 |
| Citizenship | Filipino | Filipino | 92 / 93 |
| Name of Mother | Esther F. Gadrinab | Marietta V. Osic | |
| Citizenship | Filipino | Filipino | 94 |
| Persons who gave consent or advice | Bonifacio S. Sumajit | Manolo M. Conde | 99 |
| Relationship | Father | Father | |
| Residence | Gusa, Cagayan de Oro City | Tubod, Iligan City | 104 / 105 |

Place of Marriage: Regional Trial Court
(Office of the House of Barangay of Church of Mosque of)

Date: 20 May 1994   Address   Time:

106 / 107
108
113
119   1320

THIS IS TO CERTIFY: That I Walter Gadrinab Sumajit and I, Melthie Osic Conde , both of legal age, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the witnesses named below, take each other as husband and wife and certifying further that we

☐ have not entered into a marriage settlement

☐ have entered into a marriage settlement, a copy of which is hereto attached

IN WITNESS WHEREOF, we signed marked with our finger print, this certificate in quadruplicate this 20th day of May 1994 .

(Sgd.)Walter G. Sumajit      (Sgd.)Melthie O. Conde
(Signature of Husband)            (Signature of Wife)

RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR

(Sgd.)Perle Joy J.Tolentino
Signature

Perle Joy J. Tolentino
Name in Print

Clerk II
Title or Position

8/7/94
Date Received

THIS IS TO CERTIFY: THAT BEFORE ME, on the date and place above written, personally appeared the above-mentioned parties, with their mutual consent, lawfully joined together in marriage which was solemnized by me in the presence of the witnesses named below, all of legal age.

I CERTIFY FURTHER THAT      9691504      May 3, 1994

☐ Marriage License No. _____ issued at _____
Cag. de Oro in favor of said parties was exhibited to me

☐ no marriage license was necessary, the marriage being solemnized under Art. _____ of Executive Order No. 209

☐ the marriage was solemnized in accordance with the provisions of Presidential Decree No. 1083

(Sgd.)Puro M. Velez
(Signature of Solemnizing Officer)

RTC Judge
(Position/Designation)

(Religious Affiliation, Registry No. and Expiration Date, if applicable)

(Sgd.)Dr. Rodulfo V. Tan      WITNESSES      (Sgd.)Paciencia M. Tan
(Print Name and Sign)

(Sgd.)Elisama C. Macabinta