# Derivative Child

# SUMAJIT, Nijah Conde

# DOB: 06/02/1998



## Notice of Entry of Appearance as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

**Part 1. Information About Attorney or Accredited Representative**

1. USCIS Online Account Number (if any)

   ▶ [                    ]

*Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name) | **KAYE**
**2.b.** Given Name (First Name) | **Allen**
**2.c.** Middle Name | **E**

*Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name | **225 Broadway**
**3.b.** ☐ Apt. ☐ Ste. ☒ Flr. | **3**
**3.c.** City or Town | **New York**
**3.d.** State | **NY**   **3.e.** ZIP Code | **10007**
**3.f.** Province | [   ]
**3.g.** Postal Code | [   ]
**3.h.** Country | **USA**

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number
   **2122338100**
5. Mobile Telephone Number (if any)
   [   ]
6. Email Address (if any)
   **aek@ppid.com**
7. Fax Number (if any)
   **2122339238**

---

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
**1307222**

**1.b.** Bar Number (if applicable)
**New York Supreme Court**

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
**Pollack Pollack Isaac and DeCicco LLP**

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
[   ]

**2.c.** Date of Accreditation (mm/dd/yyyy)
[   ]

**3.** ☐ I am associated with
[   ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
[   ]

---

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**I-485 / Immigration Matters**

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ 

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   **SUMAJIT**

**6.b.** Given Name (First Name)   **Nijah**

**6.c.** Middle Name   **Conde**

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ 

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**(561) 708-0541**

**12.** Email Address (if any)

**nijahsumajit@gmail.com**

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   **10 Winding Lane**

**13.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**13.c.** City or Town   **Greenwhich**

**13.d.** State  **CT**   **13.e.** ZIP Code  **06831**

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country   **USA**

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy)    11 9 18

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy)    11-16-18

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Application to Register Permanent Residence
## or Adjust Status



### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

| For USCIS Use Only | | |
|---|---|---|
| **Preference Category:** | **Receipt** | **Action Block** |
| **Country Chargeable:** | | |
| **Priority Date:** | | |
| **Date Form I-693 Received:** | | |

| | | **Section of Law** | |
|---|---|---|---|
| ☐ Applicant Interviewed | ☐ Interview Waived | ☐ INA 209(a) | ☐ INA 249 |
| Date of Initial Interview: _____ | | ☐ INA 209(b) | ☐ Sec. 13, Act of 9/11/57 |
| | | ☐ INA 245(a) | ☐ Cuban Adjustment Act |
| Lawful Permanent Resident as of: _____ | | ☐ INA 245(i) | ☐ Other _____ |
| | | ☐ INA 245(m) | |

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| ☒ **Select this box if Form G-28 is attached.** | **Volag Number** (if any) | **Attorney State Bar Number** (if applicable) **NY1307222** | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |

▶ **START HERE - Type or print in black ink.**     A-Number ▶ A-

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

## Part 1. Information About You (Person applying for lawful permanent residence)

### Your Current Legal Name *(do not provide a nickname)*

**1.a.** Family Name (Last Name)  **SUMAJIT**

**1.b.** Given Name (First Name)  **Nijah**

**1.c.** Middle Name  **Conde**

### Other Names You Have Used Since Birth *(if applicable)*

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

**2.a.** Family Name (Last Name)  **NONE**

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

### Other Information About You

**5.** Date of Birth (mm/dd/yyyy)  **06/02/1998**

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

**6.** Sex  ☐ Male  ☒ Female

**7.** City or Town of Birth  **Cagayan de Oro**

A-Number ▶ A- ☐☐☐☐☐☐☐☐☐

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**8.** Country of Birth

PHILIPPINES

**9.** Country of Citizenship or Nationality

PHILIPPINES

**10.** Alien Registration Number (A-Number) (if any)

▶ A- ☐☐☐☐☐☐☐☐☐

**NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information.**

**11.** USCIS Online Account Number (if any)

▶ ☐☐☐☐☐☐☐☐☐☐☐☐☐

**12.** U.S. Social Security Number (if any)

▶ ☐☐☐☐☐☐☐☐☐

### U.S. Mailing Address

**13.a.** In Care Of Name (if any)

**13.b.** Street Number and Name

10 Winding Lane

**13.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**13.d.** City or Town   Greenwich

**13.e.** State  CT     **13.f.** ZIP Code   06831

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

**14.a.** In Care Of Name (if any)

**14.b.** Street Number and Name

**14.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**14.d.** City or Town

**14.e.** State ☐☐     **14.f.** ZIP Code

### Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

**15.** Passport Number Used at Last Arrival

P7164457A

**16.** Travel Document Number Used at Last Arrival

**17.** Expiration Date of this Passport or Travel Document (mm/dd/yyyy)   05/12/2028

**18.** Country that Issued this Passport or Travel Document

PHILIPPINES

**19.** Nonimmigrant Visa Number from this Passport (if any)

N4338854

Place of Last Arrival into the United States

**20.a.** City or Town

Newark

**20.b.** State   NJ

**21.** Date of Last Arrival (mm/dd/yyyy)   08/21/2018

When I last arrived in the United States, I:

**22.a.** ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

Student

**22.b.** ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

**22.c.** ☐ Came into the United States without admission or parole.

**22.d.** ☐ Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

**23.a.** Form I-94 Arrival-Departure Record Number

▶ 4 3 6 2 2 7 9 0 9 5 6

**23.b.** Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)   D/S

**23.c.** Status on Form I-94 (for example, class of admission, or paroled, if paroled)

F-1

A-Number ▶ A- [ | | | | | | | | ]

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**24.** What is your current immigration status (if it has changed since your arrival)?

> I-485 Pending

Provide your name exactly as it appears on your Form I-94 (if any)

**25.a.** Family Name (Last Name)

> SUMAJIT

**25.b.** Given Name (First Name)

> NIJAH

**25.c.** Middle Name

## Part 2. Application Type or Filing Category

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** box). (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

**1.a.   Family-based**

- [ ] Immediate relative of a U.S. citizen, Form I-130
- [ ] Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130
- [ ] Person admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)
- [ ] Widow or widower of a U.S. citizen, Form I-360
- [ ] VAWA self-petitioner, Form I-360

**1.b.   Employment-based**

- [ ] Alien worker, Form I-140
- [ ] Alien entrepreneur, Form I-526

**1.c.   Special Immigrant**

- [ ] Religious worker, Form I-360
- [ ] Special immigrant juvenile, Form I-360
- [ ] Certain Afghan or Iraqi national, Form I-360
- [ ] Certain international broadcaster, Form I-360
- [ ] Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

**1.d.   Asylee or Refugee**

- [ ] Asylum status (INA section 208), Form I-589 or Form I-730
- [ ] Refugee status (INA section 207), Form I-590 or Form I-730

**1.e.   Human Trafficking Victim or Crime Victim**

- [ ] Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A
- [ ] Crime victim (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

**1.f.   Special Programs Based on Certain Public Laws**

- [ ] The Cuban Adjustment Act
- [ ] The Cuban Adjustment Act for battered spouses and children
- [ ] Dependent status under the Haitian Refugee Immigrant Fairness Act
- [ ] Dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children
- [ ] Lautenberg Parolees
- [ ] Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)
- [ ] Indochinese Parole Adjustment Act of 2000

**1.g.   Additional Options**

- [ ] Diversity Visa program
- [ ] Continuous residence in the United States since before January 1, 1972 ("Registry")
- [ ] Individual born in the United States under diplomatic status
- [x] Other eligibility

> I-140, Derivative Status for Child

**2.** Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)?

[ ] Yes   [x] No

**NOTE:** If you answered "Yes" to Item Number 2., you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status. Fill out the rest of this application **and** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A). For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 1.a. - 1.g.**) and Supplement A Instructions.

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 2.  Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**3.** Receipt Number of Underlying Petition (if any)

[                                    ]

**4.** Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

[                    ]

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

| | | |
|---|---|---|
| **5.a.** | Family Name (Last Name) | SUMAJIT |
| **5.b.** | Given Name (First Name) | Walter |
| **5.c.** | Middle Name | Gadrinab |

**6.** Principal Applicant's A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**7.** Principal Applicant's Date of Birth (mm/dd/yyyy)   08/23/1971

**8.** Receipt Number of Principal's Underlying Petition (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**9.** Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)   [                    ]

## Part 3.  Additional Information About You

**1.** Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?          ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

**2.a.** City [                                    ]

**2.b.** Country

[                                    ]

**3.** Decision (for example, approved, refused, denied, withdrawn)

[                                    ]

**4.** Date of Decision (mm/dd/yyyy)   [                    ]

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

| | | |
|---|---|---|
| **5.a.** | Street Number and Name | 4041 San Marino Blvd |
| **5.b.** | ☒ Apt. ☐ Ste. ☐ Flr. | 104 |
| **5.c.** | City or Town | West Palm Beach |
| **5.d.** | State FL | **5.e.** ZIP Code 33409 |
| **5.f.** | Province | |
| **5.g.** | Postal Code | |
| **5.h.** | Country | USA |

Dates of Residence

**6.a.** From (mm/dd/yyyy)   03/01/2017

**6.b.** To (mm/dd/yyyy)   Present

Physical Address 2

| | | |
|---|---|---|
| **7.a.** | Street Number and Name | 10 Winding Lane |
| **7.b.** | ☐ Apt. ☐ Ste. ☐ Flr. | |
| **7.c.** | City or Town | Greenwich |
| **7.d.** | State CT | **7.e.** ZIP Code 06831 |
| **7.f.** | Province | |
| **7.g.** | Postal Code | |
| **7.h.** | Country | USA |

A-Number ▶ A- ☐☐☐☐☐☐☐☐☐

## Part 3. Additional Information About You (continued)

Dates of Residence

**8.a.** From (mm/dd/yyyy) | 08/21/2016

**8.b.** To (mm/dd/yyyy) | 02/28/2017

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.** Street Number and Name | 64 Gemini Street, Villa Ernesto

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr. | Subd., Phase I, Gusa

**9.c.** City or Town | Cagayan de Oro

**9.d.** State ☐ **9.e.** ZIP Code ☐

**9.f.** Province | Misamis Oriental

**9.g.** Postal Code | 9000

**9.h.** Country | PHILIPPINES

Dates of Residence

**10.a.** From (mm/dd/yyyy) | 05/07/2013

**10.b.** To (mm/dd/yyyy) | 08/20/2016

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Employer 1 (current or most recent)

**11.** Name of Employer or Company | NONE

Address of Employer or Company

**12.a.** Street Number and Name ☐

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr. ☐

**12.c.** City or Town ☐

**12.d.** State ☐ **12.e.** ZIP Code ☐

**12.f.** Province ☐

**12.g.** Postal Code ☐

**12.h.** Country ☐

**13.** Your Occupation | Student

Dates of Employment

**14.a.** From (mm/dd/yyyy) ☐

**14.b.** To (mm/dd/yyyy) ☐

Employer 2

**15.** Name of Employer or Company ☐

Address of Employer or Company

**16.a.** Street Number and Name ☐

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr. ☐

**16.c.** City or Town ☐

**16.d.** State ☐ **16.e.** ZIP Code ☐

**16.f.** Province ☐

**16.g.** Postal Code ☐

**16.h.** Country ☐

**17.** Your Occupation ☐

Dates of Employment

**18.a.** From (mm/dd/yyyy) ☐

**18.b.** To (mm/dd/yyyy) ☐

A-Number ▶ A- [ | | | | | | | | ]

## Part 3.  Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

NONE

Address of Employer or Company

**20.a.** Street Number and Name

**20.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**20.c.** City or Town

**20.d.** State [ ]  **20.e.** ZIP Code [ ]

**20.f.** Province

**20.g.** Postal Code

**20.h.** Country

**21.** Your Occupation

Student

Dates of Employment

**22.a.** From (mm/dd/yyyy) [ ]

**22.b.** To (mm/dd/yyyy) [ ]

## Part 4.  Information About Your Parents

### Information About Your Parent 1

Parent 1's Legal Name

**1.a.** Family Name (Last Name)  SUMAJIT

**1.b.** Given Name (First Name)  Walter

**1.c.** Middle Name  Gadrinab

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** Date of Birth (mm/dd/yyyy)  08/23/1971

**4.** Sex  ☒ Male  ☐ Female

**5.** City or Town of Birth

Cagayan de Oro

**6.** Country of Birth

PHILIPPINES

**7.** Current City or Town of Residence (if living)

Greenwich

**8.** Current Country of Residence (if living)

USA

### Information About Your Parent 2

Parent 2's Legal Name

**9.a.** Family Name (Last Name)  SUMAJIT

**9.b.** Given Name (First Name)  Melthie

**9.c.** Middle Name  Conde

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)  CONDE

**10.b.** Given Name (First Name)  Melthie

**10.c.** Middle Name  Osic

**11.** Date of Birth (mm/dd/yyyy)  05/24/1971

**12.** Sex  ☐ Male  ☒ Female

**13.** City or Town of Birth

Jabonga

**14.** Country of Birth

PHILIPPINES

**15.** Current City or Town of Residence (if living)

Greenwich

**16.** Current Country of Residence (if living)

USA

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

| **Part 5.  Information About Your Marital History** |
|---|

**1.** What is your current marital status?

☒ Single, Never Married   ☐ Married   ☐ Divorced

☐ Widowed   ☐ Marriage Annulled

☐ Legally Separated

**2.** If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

☐ N/A   ☐ Yes   ☐ No

**3.** How many times have you been married (including annulled marriages and marriages to the same person)?

[ 0 ]

### *Information About Your Current Marriage (including if you are legally separated)*

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

**4.a.** Family Name (Last Name) [                    ]

**4.b.** Given Name (First Name) [                    ]

**4.c.** Middle Name [                    ]

**5.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**6.** Current Spouse's Date of Birth (mm/dd/yyyy) [                    ]

**7.** Date of Marriage to Current Spouse (mm/dd/yyyy) [                    ]

Current Spouse's Place of Birth

**8.a.** City or Town [                    ]

**8.b.** State or Province [                    ]

**8.c.** Country [                    ]

Place of Marriage to Current Spouse

**9.a.** City or Town [                    ]

**9.b.** State or Province [                    ]

**9.c.** Country [                    ]

**10.** Is your current spouse applying with you?

☐ Yes   ☐ No

### *Information About Prior Marriages (if any)*

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse.  If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

**11.a.** Family Name (Last Name) [                    ]

**11.b.** Given Name (First Name) [                    ]

**11.c.** Middle Name [                    ]

**12.** Prior Spouse's Date of Birth (mm/dd/yyyy) [                    ]

**13.** Date of Marriage to Prior Spouse (mm/dd/yyyy) [                    ]

Place of Marriage to Prior Spouse

**14.a.** City or Town [                    ]

**14.b.** State or Province [                    ]

**14.c.** Country [                    ]

**15.** Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy) [                    ]

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 5.  Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

**16.b.** State or Province

**16.c.** Country

## Part 6.  Information About Your Children

**1.** Indicate the total number of ALL living children (including adult sons and daughters) that you have.

**NOTE:** The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage.  `0`

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information**.

Child 1

Current Legal Name

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**4.** Date of Birth (mm/dd/yyyy)

**5.** Country of Birth

**6.** Is this child applying with you?  ☐ Yes ☐ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name)

**7.b.** Given Name (First Name)

**7.c.** Middle Name

**8.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**9.** Date of Birth (mm/dd/yyyy)

**10.** Country of Birth

**11.** Is this child applying with you?  ☐ Yes ☐ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name)

**12.b.** Given Name (First Name)

**12.c.** Middle Name

**13.** A-Number (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**14.** Date of Birth (mm/dd/yyyy)

**15.** Country of Birth

**16.** Is this child applying with you?  ☐ Yes ☐ No

## Part 7.  Biographic Information

**1.** Ethnicity (Select **only one** box)

☐ Hispanic or Latino

☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)

☐ White

☒ Asian

☐ Black or African American

☐ American Indian or Alaska Native

☐ Native Hawaiian or Other Pacific Islander

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ]

## Part 7.  Biographic Information  (continued)

**3.**   Height        Feet [5]   Inches [1]

**4.**   Weight        Pounds [1][0][8]

**5.**   Eye Color (Select **only one** box)

- ☒ Black        ☐ Blue        ☐ Brown
- ☐ Gray         ☐ Green       ☐ Hazel
- ☐ Maroon       ☐ Pink        ☐ Unknown/Other

**6.**   Hair Color (Select **only one** box)

- ☐ Bald (No hair)   ☒ Black    ☐ Blond
- ☐ Brown            ☐ Gray     ☐ Red
- ☐ Sandy            ☐ White    ☐ Unknown/Other

## Part 8.  General Eligibility and Inadmissibility Grounds

**1.**   Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?        ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below.  If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.  If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

Organization 1

**2.**   Name of Organization

[                                    ]

**3.a.**   City or Town

[                                    ]

**3.b.**   State or Province

[                                    ]

**3.c.**   Country

[                                    ]

**4.**   Nature of Group

[                                    ]

Dates of Membership or Dates of Involvement

**5.a.**   From (mm/dd/yyyy)                    [                ]

**5.b.**   To (mm/dd/yyyy)                      [                ]

Organization 2

**6.**   Name of Organization

[                                    ]

**7.a.**   City or Town

[                                    ]

**7.b.**   State or Province

[                                    ]

**7.c.**   Country

[                                    ]

**8.**   Nature of Group

[                                    ]

Dates of Membership or Dates of Involvement

**9.a.**   From (mm/dd/yyyy)                    [                ]

**9.b.**   To (mm/dd/yyyy)                      [                ]

Organization 3

**10.**   Name of Organization

[                                    ]

**11.a.**   City or Town

[                                    ]

**11.b.**   State or Province

[                                    ]

**11.c.**   Country

[                                    ]

**12.**   Nature of Group

[                                    ]

Dates of Membership or Dates of Involvement

**13.a.**   From (mm/dd/yyyy)                    [                ]

**13.b.**   To (mm/dd/yyyy)                      [                ]

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.** Choose the answer that you think is correct. If you answer "Yes" to any questions **(or if you answer "No," but are unsure of your answer)**, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information.**

14. Have you **EVER** been denied admission to the United States?  ☐ Yes  ☒ No

15. Have you **EVER** been denied a visa to the United States?  ☐ Yes  ☒ No

16. Have you **EVER** worked in the United States without authorization?  ☐ Yes  ☒ No

17. Have you **EVER** violated the terms or conditions of your nonimmigrant status?  ☐ Yes  ☒ No

18. Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings?  ☐ Yes  ☒ No

19. Have you **EVER** been issued a final order of exclusion, deportation, or removal?  ☐ Yes  ☒ No

20. Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated?  ☐ Yes  ☒ No

21. Have you **EVER** held lawful permanent resident status which was later rescinded?  ☐ Yes  ☒ No

22. Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time?  ☐ Yes  ☒ No

23. Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation?  ☐ Yes  ☒ No

24.a. Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 24.a.**, complete **Item Numbers 24.b. - 24.c.** If you answered "No" to **Item Number 24.a.**, skip to **Item Number 25.**

24.b. Have you complied with the foreign residence requirement?  ☐ Yes  ☐ No

24.c. Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you?  ☐ Yes  ☐ No

## *Criminal Acts and Violations*

For **Item Numbers 25. - 45.**, you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record. You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world. If you answer "Yes" to **Item Numbers 25. - 45.**, use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25. Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)?  ☐ Yes  ☒ No

26. Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)?  ☐ Yes  ☒ No

27. Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)?  ☐ Yes  ☒ No

    **NOTE:** If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28. Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)?  ☐ Yes  ☒ No

29. Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)?  ☐ Yes  ☒ No

30. Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country?  ☐ Yes  ☒ No

A-Number ▶ A-

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

**31.** Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more? ☐ Yes ☒ No

**32.** Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics? ☐ Yes ☒ No

**33.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances? ☐ Yes ☒ No

**34.** Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**35.** Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution? ☐ Yes ☒ No

**36.** Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

**37.** Have you **EVER** received any proceeds or money from prostitution? ☐ Yes ☒ No

**38.** Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States? ☐ Yes ☒ No

**39.** Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States? ☐ Yes ☒ No

**40.** Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms? ☐ Yes ☒ No

**41.** Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts? ☐ Yes ☒ No

**42.** Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery? Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion. ☐ Yes ☒ No

**43.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery? ☐ Yes ☒ No

**44.** Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

**45.** Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity? ☐ Yes ☒ No

### Security and Related

Do you intend to:

**46.a.** Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States? ☐ Yes ☒ No

**46.b.** Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

**46.c.** Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States? ☐ Yes ☒ No

**46.d.** Engage in any activity that could endanger the welfare, safety, or security of the United States? ☐ Yes ☒ No

**46.e.** Engage in any other unlawful activity? ☐ Yes ☒ No

**47.** Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

A-Number ▶ A- ☐☐☐☐☐☐☐☐☐

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER**:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?   ☐ Yes ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.**?   ☐ Yes ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.**?   ☐ Yes ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.**?   ☐ Yes ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.**?   ☐ Yes ☒ No

**49.** Have you **EVER** received any type of military, paramilitary, or weapons training?   ☐ Yes ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.**?   ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 46.a. - 50.**, explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information**.

Are you the spouse or child of an individual who **EVER**:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?   ☐ Yes ☒ No

**51.b.** Participated in, or been a member or a representative of, a group or organization that did any of the activities described in **Item Number 51.a.**?   ☐ Yes ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.**?   ☐ Yes ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.**?   ☐ Yes ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.**?   ☐ Yes ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.**?   ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Number 51.**, explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information**.

**52.** Have you **EVER** assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person?   ☐ Yes ☒ No

**53.** Have you **EVER** worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?   ☐ Yes ☒ No

**54.** Have you **EVER** been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?   ☐ Yes ☒ No

**55.** Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group?   ☐ Yes ☒ No

**56.** Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)?   ☐ Yes ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany?   ☐ Yes ☒ No

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide? ☐ Yes ☒ No

**58.b.** Killing any person? ☐ Yes ☒ No

**58.c.** Intentionally and severely injuring any person?
☐ Yes ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened? ☐ Yes ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs? ☐ Yes ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group? ☐ Yes ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat? ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Assistance

**61.** Have you received public assistance in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)? ☐ Yes ☒ No

**62.** Are you likely to receive public assistance in the future in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?
☐ Yes ☒ No

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997? ☐ Yes ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause? ☐ Yes ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States? ☐ Yes ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit? ☐ Yes ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States? ☐ Yes ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)?
☐ Yes ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents?
☐ Yes ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States? ☐ Yes ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled? ☐ Yes ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States? ☐ Yes ☒ No

**72.b.** For one year or more and then departed the United States?
☐ Yes ☒ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

A-Number ▶ A- | | | | | | | | |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate?  ☐ Yes  ☒ No

**73.b.** Having been deported, excluded, or removed from the United States?  ☐ Yes  ☒ No

### *Miscellaneous Conduct*

**74.** Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

**75.** Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)?  ☐ Yes  ☒ No

**76.** Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child?  ☐ Yes  ☒ No

**77.** Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States?  ☐ Yes  ☒ No

**78.** Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States?  ☐ Yes  ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national?  ☐ Yes  ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national?  ☐ Yes  ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces?  ☐ Yes  ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency?  ☐ Yes  ☒ No

**80.b.** If your answer to **Item Number 80.a.** is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

## Part 9. Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

_____

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

_____

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

_____

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 10.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part.  You must file Form I-485 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**  If applicable, select the box for **Item Number 2.**

1.a. ☒  I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

1.b. ☐  The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

[                                    ]

a language in which I am fluent, and I understood everything.

2.   ☒  At my request, the preparer named in **Part 12.**,

[ Allen E Kaye                       ],

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

3.   Applicant's Daytime Telephone Number

[                                    ]

4.   Applicant's Mobile Telephone Number (if any)

[ (561) 708-0541                     ]

5.   Applicant's Email Address (if any)

[ nijahsumajit@gmail.com             ]

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1)   I reviewed and understood all of the information contained in, and submitted with, my application; and

2)   All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of the information is complete, true, and correct.

### Applicant's Signature

6.a.   Applicant's Signature (sign in ink)

▶ [ _(signature)_                    ]

6.b.   Date of Signature (mm/dd/yyyy)   [ 11/9/18 ]

**NOTE TO ALL APPLICANTS:**  If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a.   Interpreter's Family Name (Last Name)

[                                    ]

1.b.   Interpreter's Given Name (First Name)

[                                    ]

2.   Interpreter's Business or Organization Name (if any)

[                                    ]

A-Number ▶ **A-** [ ][ ][ ][ ][ ][ ][ ][ ]

## Part 11.  Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.**  Street Number and Name [ ]

**3.b.**  ☐ Apt. ☐ Ste. ☐ Flr. [ ]

**3.c.**  City or Town [ ]

**3.d.**  State [ ]   **3.e.**  ZIP Code [ ]

**3.f.**  Province [ ]

**3.g.**  Postal Code [ ]

**3.h.**  Country [ ]

### Interpreter's Contact Information

**4.**  Interpreter's Daytime Telephone Number [ ]

**5.**  Interpreter's Mobile Telephone Number (if any) [ ]

**6.**  Interpreter's Email Address (if any) [ ]

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [ ], which is the same language specified in **Part 10., Item 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.**  Interpreter's Signature (sign in ink) [ ]

**7.b.**  Date of Signature (mm/dd/yyyy) [ ]

## Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.**  Preparer's Family Name (Last Name) [ KAYE ]

**1.b.**  Preparer's Given Name (First Name) [ Allen ]

**2.**  Preparer's Business or Organization Name (if any) [ Pollack Pollack Isaac and DeCicco LLP ]

### Preparer's Mailing Address

**3.a.**  Street Number and Name [ 225 Broadway ]

**3.b.**  ☐ Apt. ☐ Ste. ☒ Flr. [ 3 ]

**3.c.**  City or Town [ New York ]

**3.d.**  State [ NY ]   **3.e.**  ZIP Code [ 10007 ]

**3.f.**  Province [ ]

**3.g.**  Postal Code [ ]

**3.h.**  Country [ USA ]

### Preparer's Contact Information

**4.**  Preparer's Daytime Telephone Number [ (212) 233-8100 ]

**5.**  Preparer's Mobile Telephone Number (if any) [ ]

**6.**  Preparer's Email Address (if any) [ aek@ppid.com ]

A-Number ▶ A- [ | | | | | | | | ]

## Part 12.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued)

### *Preparer's Statement*

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

   **NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### *Preparer's Signature*

**8.a.**  Preparer's Signature (sign in ink)

[signature]

**8.b.**  Date of Signature (mm/dd/yyyy)   11-16-18

**NOTE:  Do not complete Part 13. until the USCIS Officer instructs you to do so at the interview.**

## Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application, **numbered** [ ] **through** [ ] , are complete, true, and correct. All additional pages submitted by me with this Form I-485, **on numbered pages** [ ] **through** [ ] are complete, true, and correct. All documents submitted at this interview were provided by me and are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

[ ]

Date of Signature (mm/dd/yyyy)   [ ]

Applicant's Signature (sign in ink)

[ ]

USCIS Officer's Signature (sign in ink)

[ ]

A-Number ▶ A-

## Part 14.  Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

| | | |
|---|---|---|
| 1.a. | Family Name (Last Name) | **SUMAJIT** |
| 1.b. | Given Name (First Name) | **Nijah** |
| 1.c. | Middle Name | **Conde** |

2.   A-Number (if any)  ▶ A-

| 3.a. Page Number | 3.b. Part Number | 3.c. Item Number |
|---|---|---|
| | | |

3.d.

| 4.a. Page Number | 4.b. Part Number | 4.c. Item Number |
|---|---|---|
| | | |

4.d.

| 5.a. Page Number | 5.b. Part Number | 5.c. Item Number |
|---|---|---|
| | | |

5.d.

| 6.a. Page Number | 6.b. Part Number | 6.c. Item Number |
|---|---|---|
| | | |

6.d.

| 7.a. Page Number | 7.b. Part Number | 7.c. Item Number |
|---|---|---|
| | | |

7.d.



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

**Part 1. Information About Attorney or Accredited Representative**

1. USCIS Online Account Number (if any)

   ▶ [                    ]

*Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name)   **KAYE**

2.b. Given Name (First Name)   **Allen**

2.c. Middle Name   **E**

*Address of Attorney or Accredited Representative*

3.a. Street Number and Name   **225 Broadway**

3.b. ☐ Apt. ☐ Ste. ☒ Flr.   **3**

3.c. City or Town   **New York**

3.d. State **NY**   3.e. ZIP Code **10007**

3.f. Province   [          ]

3.g. Postal Code   [          ]

3.h. Country   **USA**

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number   **2122338100**

5. Mobile Telephone Number (if any)   [          ]

6. Email Address (if any)   **aek@ppid.com**

7. Fax Number (if any)   **2122339238**

---

**Part 2. Eligibility Information for Attorney or Accredited Representative**

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority   **1307222**

1.b. Bar Number (if applicable)   **New York Supreme Court**

1.c. I (select **only one** box) ☒ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)   **Pollack Pollack Isaac and DeCicco LLP**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization   [          ]

2.c. Date of Accreditation (mm/dd/yyyy)   [          ]

3. ☐ I am associated with [          ], the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate   [          ]

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-765

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ 

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   SUMAJIT

**6.b.** Given Name (First Name)   Nijah

**6.c.** Middle Name   Conde

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ 

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

(561) 708-0541

**12.** Email Address (if any)

nijahsumajit@gmail.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   10 Winding Lane

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   Greenwhich

**13.d.** State   CT   **13.e.** ZIP Code   06831

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.**  [X]  I request that USCIS send original notices on an application or petition to the U.S. business address of my attorney or accredited representative as listed in this form.

**1.b.**  [ ]  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.**  [ ]  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.**  Signature of Client or Authorized Signatory for an Entity

➡

**2.b.**  Date of Signature (mm/dd/yyyy)  | 11/9/18 |

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)  | 11-16-18 |

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

# Application For Employment Authorization

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 05/31/2020

| For USCIS Use Only | ☐ **Authorization/Extension Valid From** _____ <br> ☐ **Authorization/Extension Valid Through** _____ <br><br> **Alien Registration Number** A- [ ][ ][ ][ ][ ][ ][ ][ ] <br><br> **Remarks** | **Fee Stamp** | **Action Block** |
|---|---|---|---|

| **To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative** (if any). | ☒ **Select this box if Form G-28 is attached.** | **Attorney or Accredited Representative USCIS Online Account Number** (if any) <br> [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] |
|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

**I am applying for** (select **only one** box):

**1.a.** ☒ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE to** U.S. Citizenship and Immigration Services (USCIS) error.

> **NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

| **1.a.** | Family Name (Last Name) | SUMAJIT |
|---|---|---|
| **1.b.** | Given Name (First Name) | Nijah |
| **1.c.** | Middle Name | Conde |

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

| **2.a.** | Family Name (Last Name) | NONE |
|---|---|---|
| **2.b.** | Given Name (First Name) | |
| **2.c.** | Middle Name | |
| **3.a.** | Family Name (Last Name) | |
| **3.b.** | Given Name (First Name) | |
| **3.c.** | Middle Name | |
| **4.a.** | Family Name (Last Name) | |
| **4.b.** | Given Name (First Name) | |
| **4.c.** | Middle Name | |

## Part 2.  Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name    `10 Winding Lane`

**5.c.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**5.d.** City or Town    `Greenwich`

**5.e.** State `CT`  **5.f.** ZIP Code `06831`

**6.** Is your current mailing address the same as your physical address?    ☐ Yes  ☒ No

**NOTE:** If you answered "No" to **Item Number 6.**, provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name    `4041 San Marino Blvd`

**7.b.** ☒ Apt.  ☐ Ste.  ☐ Flr.    `104`

**7.c.** City or Town    `West Palm Beach`

**7.d.** State `FL`  **7.e.** ZIP Code `33409`

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
► A-

**9.** USCIS Online Account Number (if any)
►

**10.** Gender    ☐ Male  ☒ Female

**11.** Marital Status    ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed

**12.** Have you previously filed Form I-765?    ☐ Yes  ☒ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?    ☐ Yes  ☒ No

**NOTE:** If you answered "No" to **Item Number 13.a.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 13.a.**, provide the information requested in **Item Number 13.b.**

**13.b.** Provide your Social Security number (SSN) (if known).
►

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 15.**, **Consent for Disclosure**, to receive a card.)    ☒ Yes  ☐ No

**NOTE:** If you answered "No" to **Item Number 14.**, skip to **Part 2., Item Number 18.a.** If you answered "Yes" to **Item Number 14.**, you must also answer "Yes" to **Item Number 15.**

**15.** **Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.    ☒ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Numbers 14. - 15.**, provide the information requested in **Item Numbers 16.a. - 17.b.**

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name)    `SUMAJIT`

**16.b.** Given Name (First Name)    `Walter`

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name)    `CONDE`

**17.b.** Given Name (First Name)    `Melthie`

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information.**

**18.a.** Country    `PHILIPPINES`

**18.b.** Country    `PHILIPPINES`

## Part 2. Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

**Cagayan de Oro**

**19.b.** State/Province of Birth

**Misamis Oriental**

**19.c.** Country of Birth

**PHILIPPINES**

**20.** Date of Birth (mm/dd/yyyy)   **06/02/1998**

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)

▶  **4 3 6 2 2 7 9 0 9 5 6**

**21.b.** Passport Number of Your Most Recently Issued Passport

**P7164457A**

**21.c.** Travel Document Number (if any)

**21.d.** Country That Issued Your Passport or Travel Document

**PHILIPPINES**

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)   **05/12/2028**

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)   **08/21/2018**

**23.** Place of Your Last Arrival Into the United States

**Newark, NJ**

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

**F-1**

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

**I-485 Pending**

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)

▶ N- **0029854471**

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( **c** ) ( **9** ) (     )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category **(c)(3)(C)** in Item Number **27.**, provide the information requested in **Item Numbers 28.a - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in Item Number **27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.

▶

**30.** **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in Item Number **27.**, have you EVER been arrested for and/or convicted of any crime?   ☐ Yes   ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** in the **Required Documentation** section of the Form I-765 Instructions for information about providing court dispositions.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.

▶

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you EVER been arrested for and/or convicted of any crime?   ☐ Yes   ☐ No

**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

_____ ,

a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 5.**,

| Allen E Kaye |

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

_____

**4.** Applicant's Mobile Telephone Number (if any)

(561) 708-0541

**5.** Applicant's Email Address (if any)

nijahsumajit@gmail.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

➡ _____

**7.b.** Date of Signature (mm/dd/yyyy)  11/9/18

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

## Part 4.  Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.**  Street Number and Name

**3.b.**  ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.**  City or Town

**3.d.**  State                 **3.e.**  ZIP Code

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country

### Interpreter's Contact Information

**4.**  Interpreter's Daytime Telephone Number

**5.**  Interpreter's Mobile Telephone Number (if any)

**6.**  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and                                  , which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.**  Interpreter's Signature

**7.b.**  Date of Signature (mm/dd/yyyy)

## Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.**  Preparer's Family Name (Last Name)
KAYE

**1.b.**  Preparer's Given Name (First Name)
Allen

**2.**  Preparer's Business or Organization Name (if any)
Pollack Pollack Isaac and DeCicco LLP

### Preparer's Mailing Address

**3.a.**  Street Number and Name
225 Broadway

**3.b.**  ☐ Apt.  ☐ Ste.  ☒ Flr.  3

**3.c.**  City or Town  New York

**3.d.**  State  NY   **3.e.**  ZIP Code  10007

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country
USA

### Preparer's Contact Information

**4.**  Preparer's Daytime Telephone Number
(212) 233-8100

**5.**  Preparer's Mobile Telephone Number (if any)

**6.**  Preparer's Email Address (if any)
aek@ppid.com

---

Part 5.  Contact Information, Declaration, and
Signature of the Person Preparing this
Application, If Other Than the Applicant
(continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative
but have prepared this application on behalf of
the applicant and with the applicant's consent.

7.b. ☒ I am an attorney or accredited representative and
my representation of the applicant in this case
☒ extends ☐ does not extend beyond the
preparation of this application.

**NOTE:** If you are an attorney or accredited ay
need to submit a completed Form G-28, Notice
of Entry of Appearance as Attorney or
Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I
prepared this application at the request of the applicant.  The
applicant then reviewed this completed application and
informed me that he or she understands all of the information
contained in, and submitted with, his or her application,
including the **Applicant's Declaration and Certification**, and
that all of this information is complete, true, and correct.  I
completed this application based only on information that the
applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a.   Preparer's Signature

8.b.   Date of Signature (mm/dd/yyyy)     11-16-18

---

## Part 6. Additional Information

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  SUMAJIT

**1.b.** Given Name (First Name)  Nijah

**1.c.** Middle Name  Conde

**2.** A-Number (if any) ▶ A-

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

I - 485

PHOTOS

SUMAJIT,
NIJAH C
DOB: 06/02/1998



Maka-Diyos,
Maka-Tao,
Makakalikasan
at Makabansa.



**VISA UNITED STATES OF AMERICA**

Issuing Post Name
MANILA

Surname
SUMAJIT

Given Name
NIJAH CONDE

Passport Number
P7164457A

Entries
M

Annotation
N0029854471
PALM BEACH ATLANTIC UNIVERSITY
WEST PALM BEACH, FL

**

Control Number
20182144450013

Visa Type /Class
R — F1

Sex
F

Birth Date
02JUN1998

Nationality
PHIL

Issue Date
07AUG2018

Expiration Date
01AUG2023

0100

N4338854

VNUSASUMAJIT<<NIJAH<CONDE<<<<<<<<<<<<<<<<<<<<
P7164457A1PHL9806021F2308010F1MNL1TQTH332367

 For: **NIJAH SUMAJIT**



## Most Recent I-94

**Admission (I-94) Record Number : 43622790956**

**Most Recent Date of Entry: 2018 August 21**

**Class of Admission : F1**

**Admit Until Date : D/S**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | **SUMAJIT** |
| First (Given) Name : | **NIJAH** |
| Birth Date : | **1998 June 02** |
| Passport Number : | **P7164457A** |
| Country of Issuance : | **Philippines** |

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2019

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0029854471

| SURNAME/PRIMARY NAME<br>Sumajit | GIVEN NAME<br>Nijah | **Class of Admission** |
| PREFERRED NAME<br>Nijah Sumajit | PASSPORT NAME | # F-1 |
| COUNTRY OF BIRTH<br>PHILIPPINES | COUNTRY OF CITIZENSHIP<br>PHILIPPINES | |
| DATE OF BIRTH<br>02 JUNE 1998 | ADMISSION NUMBER | |
| FORM ISSUE REASON<br>INITIAL ATTENDANCE – UPDATED | LEGACY NAME | **ACADEMIC AND LANGUAGE** |

### SCHOOL INFORMATION

| SCHOOL NAME<br>Palm Beach Atlantic University<br>West Palm Beach | SCHOOL ADDRESS<br>PO Box 24708, West Palm Beach, FL 33416 |
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Joe Sharp<br>Director of Graduate, Evening and Online Admissions | SCHOOL CODE AND APPROVAL DATE<br>MIA214F00406000<br>09 OCTOBER 2002 |

### PROGRAM OF STUDY

| EDUCATION LEVEL<br>BACHELOR'S | MAJOR 1<br>Computer Science 11.0701 | MAJOR 2<br>None 00.0000 |
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>23 JULY 2018 |
| START OF CLASSES<br>22 AUGUST 2018 | PROGRAM START/END DATE<br>22 AUGUST 2018 - 06 MAY 2022 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 months | | STUDENT'S FUNDING FOR: 9 months | |
|---|---|---|---|
| Tuition and Fees | $ 31,450 | Personal Funds | $ 0 |
| Living Expenses | $ 10,000 | Academic Scholarship | $ 10,900 |
| Expenses of Dependents (0) | $ 0 | Sponsor | $ 45,000 |
| Health Insurance, Books and Transporta | $ 4,000 | On-Campus Employment | $ 0 |
| TOTAL | $ 45,450 | TOTAL | $ 55,900 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X *[signature]*

SIGNATURE OF: Joe Sharp, Director of Graduate, Evening and Online Admissions

DATE ISSUED
25 July 2018

PLACE ISSUED
West Palm Beach, FL

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

X *[signature]*

SIGNATURE OF: Nijah Sumajit

DATE
7/26/18

| NAME OF PARENT OR GUARDIAN | X<br>SIGNATURE | ADDRESS (city/state or province/country) | DATE |

ICE Form I-20 (7/31/2018)

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID: N0029854471 (F-1)**          NAME: **Nijah Sumajit**

**EMPLOYMENT AUTHORIZATIONS**

**CHANGE OF STATUS/CAP-GAP EXTENSION**

**AUTHORIZED REDUCED COURSE LOAD**

**CURRENT SESSION DATES**

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| | |

**TRAVEL ENDORSEMENT**

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| Joseph Sharp | Director of Grad./Evel Onlin. | x | 7-25-18 | West Palm Bch, FL |
| | | x | | |
| | | x | | |
| | | x | | |

ICE Form I-20 (7/31/2018)                                        Page 2 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested.The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800,  Washington, DC 20536-5800. Do not send the form to this address.

ORIGINAL

(Copy for OCRG)

Municipal Form No. 102
(Revised January 1993)

(To be accomplished in quadruplicate)

**REMARKS/ANNOTATION**

Republic of the Philippines
OFFICE OF THE CIVIL REGISTRAR GENERAL
# CERTIFICATE OF LIVE BIRTH
(Fill out completely, accurately and legibly. Use ink or typewriter.
Place X before the appropriate answer in items 2, 5a, 5b and 19a.)

Province **Misamis Oriental**
City/Municipality **Cagayan de Oro City**

Registry No. **98-9052**

**For OCRG USE ONLY:**
Population Reference No.

A305 - A98 M308-2

| | | |
|---|---|---|
| **C H I L D** | 1. NAME (First) **NIJAH** (Middle) **CONDE** (Last) **SUMAJIT** | TO BE FILLED-UP AT THE OFFICE OF THE CIVIL REGISTRAR |
| | 2. SEX ___ 1 Male  **X** Female    3. DATE OF BIRTH (day) (month) (year) **02 June 1998** | 41 9 3 0 4 6 |
| | 4. PLACE OF BIRTH (Name of Hospital/Clinic/Institution/ House No., Street, Barangay) **Northern Mindanao Medical Center** (City/Municipality) (Province) **Cagayan de Oro City, Misamis Oriental** | |
| | 5a. TYPE OF BIRTH **X** 1 Single ___ 2 Twin ___ 3 Triplet, etc.   b. IF MULTIPLE BIRTH, CHILD WAS ___ 1 First ___ 2 Second ___ 3 Others, Specify | 48 1 |
| | c. BIRTH ORDER (live births and fetal deaths including this delivery) (first, second, third, etc.) **Third**   d. WEIGHT AT BIRTH **3,300** grams | 49 50 1 98 |

| | | |
|---|---|---|
| **M O T H E R** | 6. MAIDEN NAME (First) **Melthie** (Middle) **Osic** (Last) **Conde** Sumajit | 55 7 2 9 5 |
| | 7. CITIZENSHIP **Natural Born Filipino**   8. RELIGION **Roman Catholic** | |
| | 9a. Total no. of children born alive: **3**  b. No. of children still living including this birth: **3**  c. No. of children born alive but are now dead: **0** | 61 1 |
| | 10. OCCUPATION **Administrative Assistant**   11. Age at the time of this birth: **27** years | |
| | 12. RESIDENCE (House No., Street, Barangay) (City/Municipality) (Province) **Villa Ernesto , Gusa, Cagayan de Oro City, Misamis Oriental** | 62 64 C 3 3 0 |

| | | |
|---|---|---|
| **F A T H E R** | 13. NAME (First) **Walter** (Middle) **Gadrinab** (Last) **Sumajit** | 68 69 1 1 |
| | 14. CITIZENSHIP **Natural Born Filipino**   15. RELIGION **Roman Catholic** | |
| | 16. OCCUPATION **Computer Programmer**   17. Age at the time of this birth: **27** years | 70 72 74 03 03 0 |

18. DATE AND PLACE OF MARRIAGE OF PARENTS (If not married, accomplish Affidavit of Acknowledgment/Admission of Paternity at the back.)
**MAY 20, 1998, Gusa, Cagayan de Oro City**

19a. ATTENDANT
**X** 1 Physician ___ 2 Nurse ___ 3 Midwife
___ 4 Hilot (Traditional Midwife) ___ 5 Others (Specify)

76
3 0 3 2 7

19b. CERTIFICATION OF BIRTH
I hereby certify that I attended the birth of the child who was born alive at **1:52pm** o'clock am/pm on the date stated above.

Signature ___
Name in Print **Virginia M. Cagote MD**
Title or Position **Medical Officer III** CLO, **June 03, 1998**
Northern Mindanao Medical Center, CLO.

81 9 3 6 6

86 87 1 0740

20. INFORMANT
Signature ___
Name in Print **Walter G. Sumajit**   Address **Villa Ernesto , Gusa, Cagayan de Oro City**
Relationship to the child **Father**   Date **June 03, 1998**

88 91 5 1 1

21. PREPARED BY
Signature ___
Name in Print **Virginia T. Comendador**
Title or Position **Clerk Designate**
Date **June 03, 1998**

22. RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
Signature ___
Name in Print **LEO G. WABE**
Title or Position **City Civil Registrar**
Date ___

93 1 052098

94 1 9c05a

02308-65-721RDA-00267-BI003
BEST POSSIBLE IMAGE



04305-A98M202-0

*Candic...*
CARMELITA N. ERICTA